U.S. DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| **West Coast Productions, Inc.** )<br>)<br>   **Plaintiff,** )<br>)<br>**v.** )<br>)<br>**DOES 1 – 5829** )<br>)<br>   **Defendants.** )<br>_____) | **Case Number 1:11-cv-00057-CKK** |

### NOTICE OF DIMISSAL OF DOE DEFENDANT 1087

Plaintiff hereby files this Notice of Voluntary Dismissal of Doe Defendant 1087, as identified in Exhibit A to Plaintiff's Complaint, with an IP Address of 76.110.234.132. This Notice of Voluntary Dismissal is specific to the referenced Doe Defendant and **does not apply** to any Defendant other than Doe 1087 having an IP Address of 76.110.234.132.

                                                                Respectfully submitted,
                                                                West Coast Productions, Inc.

**DATED**: March 23, 2011

                              By:   /s/_____
                                    Ellis L. Bennett, Bar #479059
                                    Dunlap Grubb & Weaver, PLLC
                                    199 Liberty Street, SW
                                    Leesburg, VA 20175
                                    ebennett@dglegal.com
                                    703-777-7319 (telephone)
                                    703-777-3656 (fax)

On Behalf of Kenneth J. Ford, *Not Admitted*
Adult Copyright Company
322 W. Washington Street, Suite 8
Charles Town, WV 25414
kford@adultcopyrightcompany.com
304-945-0288 (telephone)
304-945-0288 (select fax option)
*Attorney for the Plaintiff*