*Let this letter be filed due to one... Judge Kollar-Kotelly 3/24/11*

Madame Judge, or people of the court.

I still don't even know why I'm involved in this matter when I didn't do any of this acusation just because PT SHouss somewere or some How somebody grabed my IP number from internet.

- I'm a single construction worker That works everyday for a living, and I still Have to put up with something like this.

- I'm releasing my name in good faith and Honesty

Sincerly yours, Carlos Packie

To Whom it May Concern:

My name His Carlos Pacheco and I was notified about some court order file = in this case my file = # 1:11-cv-00057-CKK.
United States district court for the district of columbia And in good faith and Honesty I'm still in shock and Frustred on this matter becouse of these reasons!
I didn't do Anything wrong in this case download or upload some movie Claimed that it was Downloaded by me becouse it Shows my IP number,
- Even the time off this event with it Shows at November 6 at 4:55 Am everyday at that time I'm sound at Sleep, But it realy doesn matter
- What it matter's Histhat I didn't I repeat I didn't do anythink at any time that I full I was wrong doing special downloading some kind of porn Movie.
And its all Becouse Somebody or Some how my IP number is Showing
over please

— Honestly once again I don't even know what to say anymore about this matter, I'm a single comcast subscriber that pays my monthly bill and not to be looking to do anything wrong or ~~harm~~ anybody with ~~~~ any kind of intrusions

— So therefore i'm requesting the court to :- motion to quash, vacate and remove any file thats against my name at this court

Sincerely yours
Carlos Pacheco