United States District Court for the District of Columbia

West Coast Productions, Inc. v. Does 1 -5,829

Case number:  1:11-cv-00057-CKK

Motion to Quash

March 15, 2011

*Let this be filed
Judge C Kollar-Kotelly
3/24/11*

Qwest has been subpoenaed to produce my internet records in a case involving downloading of a copyrighted file.  I object to this action because I did not download the file in question nor have I ever used the file transfer technology called BitTorrent mentioned in the complaint.  I did, however, have an unsecure wireless internet network in my home which would allow multiple people in at least six homes near enough to mine to have access to my internet connection without my knowledge.  Therefore it would be impossible to find the person actually responsible for the download and knowing my internet connection was used would prove nothing.


Respectfully,

Jim H. Robinson

PO Box 1134

Parowan UT, 84761

Received
Mail Room

MAR 18 2011

Angela D. Caesar, Clerk of Court
US District Court, District of Columbia