# Julie Allen

1801 W. 2nd St. #22
Rifle, CO 81650
United States of America

Home Phone 970-274-1659

March 17, 2011

District Court for the District of Columbia
333 Constitution Avenue N. W.
Washinton D C   20001

*Leave to file Granted*
*Judy CKoller-Kelly 3/27/11*

## MOTION TO QUASH

To Whom this may concern,

    I am requesting a Motion to Quash for case number: 1:11-cv-00057-CKK filed in your court on the grounds of my own ignorance. I purchased a router for my high school age daughter to use on a computor provided by Kaplin Academy to use for her education at home. I deleted the Norton Security program after the free 30 day special was up. I never down loaded any kind of porno. I have since decided to get rid of the router, the permiter to receive is 300 feet and I live in a mobil home park. Any one could have accessed my internet if they were close enough. My neighbors all live well with-in that reception range and anyone could park nere here and be able to receive off of my internet. I would like to have this issue considered so I won't be prosecuted for something I did not do.

Sincerely,
Julie Allen



Received
Mail Room

MAR 27 2011

Angela D. Caesar, Clerk of Court
US District Court District of Columbia