**U.S. DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA**

| | |
|---|---|
| **West Coast Productions, Inc.**            ) | |
|                                                                  ) | |
|       **Plaintiff,**                                    ) | |
|                                                                  ) | |
| **v.**                                                        ) | **Case Number 1:11-cv-00057-CKK** |
|                                                                  ) | |
| **DOES 1 – 5829**                                ) | |
|                                                                  ) | |
|       **Defendants.**                              ) | |
| _____) | |

### NOTICE OF DIMISSAL OF DOE DEFENDANT 876

Plaintiff hereby files this Notice of Voluntary Dismissal of Doe Defendant 876, as identified in Exhibit A to Plaintiff's Complaint, with an IP Address of 24.8.116.163. This Notice of Voluntary Dismissal is specific to the referenced Doe Defendant and **does not apply** to any Defendant other than Doe 876 having an IP Address of 24.8.116.163.

                                                                                    Respectfully submitted,
                                                                                    West Coast Productions, Inc.

**DATED**: March 30, 2011

                                                      By:   /s/_____
                                                               Ellis L. Bennett, Bar #479059
                                                               Dunlap Grubb & Weaver, PLLC
                                                               199 Liberty Street, SW
                                                               Leesburg, VA 20175
                                                               ebennett@dglegal.com
                                                               703-777-7319 (telephone)
                                                               703-777-3656 (fax)

2

On Behalf of Kenneth J. Ford, *Not Admitted*
Adult Copyright Company
322 W. Washington Street, Suite 8
Charles Town, WV 25414
kford@adultcopyrightcompany.com
304-945-0288 (telephone)
304-945-0288 (select fax option)
*Attorney for the Plaintiff*

2