**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA**

| | |
|---|---|
| WEST COAST PRODUCTIONS, INC. ) | |
| ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | CA. 1:11-cv-00057-CKK |
| ) | |
| DOES 1 – 5829, ) | |
| ) | |
|     Defendants. ) | |
| ) | |

## PLAINTIFF'S STATUS REPORT PURSUANT TO COURT'S ORDER OF 02/03/11 [DOC. NO. 6]

Plaintiff submits this status report pursuant to the Court's Order of February 3, 2011. [Doc. No. 6]

To briefly remind the Court, Plaintiff filed this action on January 10, 2011 asserting claims for copyright infringement against 5829 "John Doe" defendants for sharing Plaintiff's copyrighted film over the internet using a BitTorrent peer-to-peer file sharing protocol. *See generally* Complaint [Doc. 1]. At the time of filing its Complaint, Plaintiff was only able to identify the Doe Defendants by their Internet Protocol ("IP") and the date and time of alleged infringement. The only way that Plaintiff can determine Defendants' actual names is from the Internet Service Providers ("ISPs") to which Defendants subscribe and from which Defendants obtain Internet access, as this information is readily available to the ISPs from documents they keep in the regular course of business.

On February 3, 2011, the Court granted Plaintiff's Motion for Leave to Take Discovery Prior to the Rule 26(f) Conference. [Doc. No. 6]. The following day, after the Court's Order approving Plaintiff to conduct discovery, Plaintiff confirmed the ISPs listed below as potential subjects of discovery requests. Pursuant to the Court's Order, on February 4, 2011, Plaintiff

1

issued service of subpoenas to all ISPs that are known to be potential subjects of discovery requests in this matter to identify the Doe Defendants. Plaintiff provides the following table outlining its progress in conducting the discovery allowed:

| ISP | Date subpoena sent | Production Date Requested | IPs Requested | Date Data Received | IPs Received | Notes/Additional Useful Information |
|---|---|---|---|---|---|---|
| AT&T/SBC | 2/4/2011 | 3/15/11 | 33 | | | Plaintiff's counsel is in communications with ISP to confirm ability to comply |
| Bresnan | 2/4/2011 | 3/15/2011 | 23 | | | Plaintiff's counsel is in communications with ISP to confirm ability to comply |
| | | | | | | |
| | | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Charter | 2/4/2011 | 3/15/2011 | 365 | | | Plaintiff's counsel, through communications with the ISP, has been advised that ISP will make a partial production of identifying information on or before April 29, 2011 |
| Clearwire | 2/4/2011 | 3/15/2011 | 126 | | | Plaintiff's counsel has been notified that the dates in November and December, 2010 for which data was requested were past the ISP's current retention period of 60 days. For data requested from January, 2011 forward the ISP reported that it had a technical issue with its servers that caused the servers to retain data for only 7 days and that it does not have within its possession the data requested. Therefore, the ISP reports that it will not be able to produce any of the requested information/data. |

| | | | | | | |
|---|---|---|---|---|---|---|
| Comcast | 2/4/2011 | 3/15/2011 | 2732 | | | Plaintiff's counsel, through communications with the ISP, has been advised that ISP will make a partial production of identifying information week of April 11, 2011 |
| Cox | 2/4/2011 | 3/15/2011 | 603 | | | Plaintiff's counsel is in communications with ISP to confirm ability to comply |
| Earthlink | 2/4/2011 | 3/15/2011 | 54 | | | Plaintiff's counsel is in communications with ISP to confirm ability to comply |
| Frontier | 2/4/2011 | 3/15/2011 | 30 | | | Plaintiff's counsel is in communications with ISP to confirm ability to comply |
| Insight | 2/4/2011 | 3/15/2011 | 72 | | | Plaintiff's counsel, through communications with the ISP, has been advised that ISP will make production of the identifying information on or before April 30, 2011 |
| Optimum/ Cablevision | 2/4/2011 | 3/15/2011 | 237 | | | Plaintiff's counsel is in communications with ISP to confirm ability to comply |

| | | | | | | |
|---|---|---|---|---|---|---|
| Qwest | 2/4/2011 | 3/15/2011 | 309 | | | Plaintiff's counsel, through communications with the ISP, has been advised that ISP will make production of the identifying information on or before April 15, 2011 |
| RCN (Neustar) | 2/4/2011 | 3/15/2011 | 34 | March 23, 2011 | 33 | All data within the possession of this ISP is believed to have been received |
| Sprint | 2/4/2011 | 3/15/2011 | 173 | March 21, 2011 | 39 | |
| Verizon | 2/4/2011 | 3/15/2011 | 899 | April 4, 2011 | 31 | An initial partial production of information was made on April 4, 2011 |
| WideOpenWest | 2/4/2011 | 3/15/2011 | 45 | March 17, 2011 | 44 | All data within the possession of this ISP is believed to have been received |
| Windstream | 2/4/2011 | 3/15/2011 | 93 | March 18, 2011 | 36 | An initial partial production of information was made on March 18, 2011 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

As indicated above, Plaintiff's counsel is still working with a number of ISPs in an attempt to reduce any burdens on the ISPs, work out agreeable schedules for production, and avoid any motions practice in court.

                                          Respectfully submitted,
                                          West Coast Productions, Inc.

**DATED**:  April 4, 2011

                        By:    /s/
                                  Ellis L. Bennett, Bar #479059
                                  Dunlap Grubb & Weaver, PLLC
                                  199 Liberty Street, SW
                                  Leesburg, VA 20175
                                  ebennett@dglegal.com
                                  703-777-7319 (telephone)
                                  703-777-3656 (fax)

                                  On Behalf of Kenneth J. Ford, *Not Admitted*
                                  Adult Copyright Company
                                  322 W. Washington Street, Suite 8
                                  Charles Town, WV 25414
                                  kford@adultcopyrightcompany.com
                                  304-945-0288 (telephone)
                                  304-945-0288 (select fax option)
                                  *Attorney for the Plaintiff*

## **CERTIFICATE OF SERVICE**

      I certify that a copy of the foregoing was sent to the Doe Defendants having made filings in this matter at the addresses on record with the Court.  Those addresses are not listed below to protect any privacy concerns the Doe Defendants may have.


      /s/ _____
      Ellis L. Bennett, Bar #479059