**U.S. DISTRICT COURT FOR THE**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| **West Coast Productions, Inc.** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case Number 1:11-cv-00057-CKK |
| ) | |
| **DOES 1 – 5829** ) | |
| ) | |
| **Defendants.** ) | |
| _____ ) | |

**NOTICE OF DIMISSAL OF DOE DEFENDANT 622**

Plaintiff hereby files this Notice of Dismissal of Doe Defendant 622 with prejudice, as identified in Exhibit A to Plaintiff's Complaint, with an IP Address of 67.166.113.1. This Notice of Voluntary Dismissal is specific to the referenced Doe Defendant and **does not apply** to any Defendant other than Doe 622 having an IP Address of 67.166.113.1.

                Respectfully submitted,
                West Coast Productions, Inc.

**DATED**: April 8, 2011

            By: /s/_____
               Ellis L. Bennett, Bar #479059
               Dunlap Grubb & Weaver, PLLC
               199 Liberty Street, SW
               Leesburg, VA 20175
               ebennett@dglegal.com
               703-777-7319 (telephone)
               703-777-3656 (fax)

On Behalf of Kenneth J. Ford, *Not Admitted*
Adult Copyright Company
322 W. Washington Street, Suite 8
Charles Town, WV 25414
kford@adultcopyrightcompany.com
304-945-0288 (telephone)
304-945-0288 (select fax option)
*Attorney for the Plaintiff*