**U.S. DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA**

| | |
|---|---|
| **West Coast Productions, Inc.**   ) | |
| ) | |
| **Plaintiff,**   ) | |
| ) | |
| v.   ) | Case Number 1:11-cv-00057-CKK |
| ) | |
| **DOES 1 – 5829**   ) | |
| ) | |
| **Defendants.**   ) | |
| ) | |

**<u>CORRECTED NOTICE OF DIMISSAL OF DOE DEFENDANT 1474</u>**

Plaintiff hereby files this Corrected Notice of Voluntary Dismissal of Doe Defendant 1474, as identified in Exhibit A to Plaintiff's Complaint, with an IP Address of 174.61.122.222.  A Notice of Dismissal for this Doe Defendant was previously filed, however the IP Address number was incorrectly identified as 174.61.122.22.  This Corrected Notice of Voluntary Dismissal is specific to the referenced Doe Defendant and **does not apply** to any Defendant other than Doe 1474 having an IP Address of 174.61.122.222.

                                                    Respectfully submitted,
                                                    West Coast Productions, Inc.

**DATED**: April 11, 2011

                                   By:   /s/
                                              Ellis L. Bennett, Bar #479059
                                              Dunlap Grubb & Weaver, PLLC
                                              199 Liberty Street, SW
                                              Leesburg, VA 20175
                                              ebennett@dglegal.com
                                              703-777-7319 (telephone)
                                              703-777-3656 (fax)

On Behalf of Kenneth J. Ford, *Not Admitted*
Adult Copyright Company
322 W. Washington Street, Suite 8
Charles Town, WV 25414
kford@adultcopyrightcompany.com
304-945-0288 (telephone)
304-945-0288 (select fax option)
*Attorney for the Plaintiff*