Lois Edelman
380 Kelsey Avenue
West Haven, CT 06512

United States District Court for the
District of Columbia

March 24, 2011

*[handwritten: Leave to file Granted
Judge CKollar-Kotelly
4/11/11]*

To Whom This May Concern:

I am writing in regards to the notice I received concerning the following:

> *West Coast Productions, Inc. v. Does 1-5829*
> United States District Court for the District of Columbia
> Docket No: 1:11-cv-00057-CKK
> Order Entered: February 3, 2011
> Comcast File # 245960

I hereby state that I am not in any way, shape, or form associated with this accusation. I request to file a motion to quash or vacate this Subpoena. I have been the victim of identity fraud, theft, and my laptop was stolen last year. Identity thefts and theft reports are on file with the New Haven, CT and West Haven, CT police departments.

I assert that I am not in any way associated with the accusations noted in this lawsuit and file a motion to quash or vacate the Subpoena.

Sincerely,

*[signature]*
Lois Edelman

cc: Comcast

RECEIVED
Mail Room
APR - 7 2011
Angela D. Caesar, Clerk of Court
US District Court, District of Columbia