①

Let ts file thanked Judge Kolla-Kotelly
4/11/11

United States District Court
for District of Columbia

Civil Action #
1:11-CV-00057-CKK

West Coast Productions, Inc
Plaintiff

v

Does 1-5829
Defendant

## Defendants motion to Quash & Vacate

I don't feel that its right to be brought into this law suite because people steal your internet services all the time. My services were unprotected for a long while. My son has changed the password & code three times in the past four to five months. The last time he change it he used a longer and mixed up code using no names or dates. I live in a apartment building with 8 units. Some of the people have asked my son not knowing who he was if he knew it. With the right software the code can be broken and that software can be boughten anywhere. No one in this apartment has downloaded the movie in question "Teen Anal Nighemare 2". My harddrive can be checked at any time.

  I am a 60 year old women, there for I am asking that none of my

RECEIVED
Mail Room
APR - 7 2011
Angela D. Caesar, Clerk of Court
US District Court, District of Columbia



imformation be given to anyone Involved in this case.

I hope this is all I needed to do and I said the right things. I've never written anything like this befor so I know nothing about what I'm doing.

Thank you.

Linda S. Phillips
04/05/2011