U.S. DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| **West Coast Productions, Inc.** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case Number 1:11-cv-00057-CKK |
| ) | |
| **DOES 1 – 5829** ) | |
| ) | |
| **Defendants.** ) | |
| _____) | |

**PLAINTIFF'S MOTION TO STRIKE MOTIONS FOR PROTECTIVE ORDER PLACED UNDER SEAL OR, IN THE ALTERNATIVE, TO UNSEAL OR REVIEW MOTIONS [DOC. NOS. 13 AND 14]**

Plaintiff files this motion in response to a motion to place under seal that was granted by the Court apparently in relation to two motions for protective order, to quash and to dismiss. [Doc. Nos. 13 and 14]. It appears that Plaintiff's counsel was not served with the motions to place under seal.[1] Plaintiff requests that the Court strike the motions to place under seal and the motions for protective order, to quash and to dismiss. Alternatively, Plaintiff requests an Order to unseal the documents or allow Plaintiff's counsel to review the documents so that Plaintiff can file appropriate responses, if necessary.

To the extent the Court would like further briefing to address any issues in the sealed motions, Plaintiff's counsel welcomes the opportunity to submit further argument.

---

[1] As Plaintiff's counsel was not served with the instant motions and has no way to identify the moving Doe Defendants, Plaintiff's counsel is not able to serve a copy of Plaintiff's motion on the Doe Defendants.

        Respectfully submitted,
        West Coast Productions, Inc.

**DATED**: April 22, 2011

By:   /s/_____
     Ellis L. Bennett, Bar #479059
     Dunlap Grubb & Weaver, PLLC
     199 Liberty Street, SW
     Leesburg, VA 20175
     ebennett@dglegal.com
     703-777-7319 (telephone)
     703-777-3656 (fax)

     On Behalf of Kenneth J. Ford, *Not Admitted*
     Adult Copyright Company
     322 W. Washington Street, Suite 8
     Charles Town, WV 25414
     kford@adultcopyrightcompany.com
     304-945-0288 (telephone)
     304-945-0288 (select fax option)
     *Attorney for the Plaintiff*