**U.S. DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA**

| | |
|---|---|
| **West Coast Productions, Inc.**           ) | |
| )    | |
|     **Plaintiff,**           ) | |
| )    | |
| **v.**                                              ) | Case Number 1:11-cv-00057-CKK |
| )    | |
| **DOES 1 – 5829**                         ) | |
| )    | |
|     **Defendants.**           ) | |
| _____) | |

**NOTICE OF DIMISSAL OF DOE DEFENDANT 2476**

Plaintiff hereby files this Notice of Voluntary Dismissal with prejudice of Doe Defendant 2476, as identified in Exhibit A to Plaintiff's Complaint, with an IP Address of 67.171.184.225.  This Notice of Voluntary Dismissal is specific to the referenced Doe Defendant and **does not apply** to any Defendant other than Doe 2476 having an IP Address of 67.171.184.225.

                                                      Respectfully submitted,
                                                      West Coast Productions, Inc.

**DATED**: May 21, 2011

                                        By:   /s/_____
                                                  Ellis L. Bennett, Bar #479059
                                                  Dunlap Grubb & Weaver, PLLC
                                                  199 Liberty Street, SW
                                                  Leesburg, VA 20175
                                                  ebennett@dglegal.com
                                                  703-777-7319 (telephone)
                                                  703-777-3656 (fax)

On Behalf of Kenneth J. Ford, *Not Admitted*
Adult Copyright Company
322 W. Washington Street, Suite 8
Charles Town, WV 25414
kford@adultcopyrightcompany.com
304-945-0288 (telephone)
304-945-0288 (select fax option)
*Attorney for the Plaintiff*