UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WEST COAST PRODUCTIONS, INC.,<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>JOHN DOES 1-5829,<br><br>　　　Defendants. | Civil Action No. 11-057 (CKK) |

**ORDER**
(May 23, 2011)

Presently pending before the Court are a series of motions filed by John Doe Defendants seeking to quash subpoenas issued by Plaintiff to internet service providers. Many of these motions alternatively seek dismissal for lack of personal jurisdiction and/or severance based on misjoinder. Although some of the movants have identified themselves in their filings, most seek to proceed anonymously. In order to expedite the Court's resolution of these motions, the Court shall order Plaintiff to file a brief that addresses the following legal issues:

1. Should a subpoena seeking the identity of a John Doe defendant be quashed on the basis that the Court may lack personal jurisdiction over that Defendant?

2. Should a subpoena seeking the identity of a John Doe defendant be quashed on the basis that the defendant may be improperly joined in the action?

3. Should a movant who seeks to quash a subpoena in this action be permitted to proceed anonymously?

4. Can a John Doe defendant raise objections to defects in the service of a subpoena or other procedural defects, such as the failure to describe the information requested, as a basis for a motion to quash?

5. Can a John Doe defendant who has not yet been named in the Complaint seek dismissal of the action based on a lack of personal jurisdiction?

6.    Should the Court find that the John Doe defendants have been improperly joined in this action?

Plaintiff shall file its brief with the Court by no later than June 3, 2011.

**SO ORDERED.**

Date:   May 23, 2011

                                                     _/s/_____
                                                     COLLEEN KOLLAR-KOTELLY
                                                     United States District Judge