## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WEST COAST PRODUCTIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> JOHN DOES 1-5829, <br><br> Defendants. | Civil Action No. 11-057 (CKK) |

## ORDER
(May 24, 2011)

Plaintiff filed the Complaint in this action on January 10, 2011 against 5829 "John Doe" Defendants alleging that Defendants unlawfully downloaded and/or distributed Plaintiff's copyrighted film using the BitTorrent internet file-sharing protocol.[1]  The Defendants are identified in the Complaint by the internet protocol ("IP") address they used to allegedly share Plaintiff's copyrighted work at a particular date and time.  On February 3, 2011, the Court granted Plaintiff's Motion for Leave to Take Discovery Prior to Rule 26(f) Conference, enabling Plaintiff to serve subpoenas on various internet service providers ("ISPs") for the purpose of obtaining information to identify the John Doe Defendants.  On April 13, 2011, the Court ordered Plaintiff to file a Status Report indicating which of the John Doe Defendants had been identified as of April 15, 2011, which John Doe Defendants remained the subject of pending subpoenas, and which John Doe Defendants could not be named due to a lack of available

---

[1] As of the date of this Order, Plaintiff has voluntarily dismissed its claims against John Does numbered 580, 622, 675, 679, 722, 825, 838, 876, 862, 892, 1077, 1087, 1148, 1172, 1253, 1274, 1474, 1498, 1648, 1771, 1893, 1987, 2381, 2476, 2609, 2672, and 4481.

information from an ISP.  The Court further ordered Plaintiff to cause process to be served on all

John Doe Defendants who had been identified as of April 15, 2011 or who could not be named

due to lack of available information from an ISP by no later than May 16, 2011, or risk

mandatory dismissal with respect to those defendants pursuant to Federal Rule of Civil Procedure

4(m).  The Court directed Plaintiff to file proof of service with respect to these John Doe

Defendants by no later than May 23, 2011.

On April 22, 2011, Plaintiff filed a Status Report providing the information requested by

the Court.  According to the Status Report, Plaintiff had identified 797 of the John Doe

Defendants by April 15, 2011.  Plaintiff also indicated that 320 John Doe Defendants could not

be identified due to lack of available information from an ISP.  Pursuant to the Court's April 13,

2011 Order, Plaintiff had until to May 16, 2011 to serve these Defendants and until May 23,

2011 to file proof of service with the Court.  However, as of the date of this Order, Plaintiff has

not filed proof of service with respect to these Defendants.  Therefore, the Court must dismiss

Plaintiff's claims against these Defendants without prejudice pursuant to Rule 4(m).

Accordingly, it is, this 24th day of May, 2011, hereby

**ORDERED** that this action is DISMISSED WITHOUT PREJUDICE with respect to the

John Doe Defendants identified in the Appendix attached to this Order.

**SO ORDERED.**

Date:   May 24, 2011

_____/s/_____
COLLEEN KOLLAR-KOTELLY
United States District Judge

## APPENDIX
## JOHN DOE DEFENDANTS DISMISSED WITHOUT PREJUDICE

| John Doe No. | IP Address | Internet Service Provider |
|---|---|---|
| 423 | 71.22.40.248 | Clearwire Corporation |
| 424 | 96.26.250.40 | Clearwire Corporation |
| 425 | 74.61.175.38 | Clearwire Corporation |
| 426 | 74.60.245.49 | Clearwire Corporation |
| 427 | 184.78.138.84 | Clearwire Corporation |
| 428 | 184.79.180.171 | Clearwire Corporation |
| 429 | 75.92.223.227 | Clearwire Corporation |
| 430 | 75.94.75.28 | Clearwire Corporation |
| 431 | 50.9.230.29 | Clearwire Corporation |
| 432 | 96.24.168.92 | Clearwire Corporation |
| 433 | 50.9.204.71 | Clearwire Corporation |
| 434 | 50.9.193.245 | Clearwire Corporation |
| 435 | 71.22.74.52 | Clearwire Corporation |
| 436 | 96.26.155.89 | Clearwire Corporation |
| 437 | 184.76.216.187 | Clearwire Corporation |
| 438 | 50.10.152.223 | Clearwire Corporation |
| 439 | 96.24.187.14 | Clearwire Corporation |
| 440 | 50.9.218.176 | Clearwire Corporation |
| 441 | 184.76.183.174 | Clearwire Corporation |
| 442 | 75.95.80.70 | Clearwire Corporation |
| 443 | 50.10.77.93 | Clearwire Corporation |
| 444 | 71.22.100.125 | Clearwire Corporation |
| 445 | 50.9.16.206 | Clearwire Corporation |
| 446 | 184.76.209.166 | Clearwire Corporation |
| 447 | 50.11.104.232 | Clearwire Corporation |
| 448 | 50.11.86.34 | Clearwire Corporation |
| 449 | 71.21.239.53 | Clearwire Corporation |
| 450 | 71.23.129.88 | Clearwire Corporation |
| 451 | 74.61.105.51 | Clearwire Corporation |
| 452 | 75.95.127.181 | Clearwire Corporation |
| 453 | 96.25.80.21 | Clearwire Corporation |
| 454 | 71.22.125.31 | Clearwire Corporation |
| 455 | 75.93.249.178 | Clearwire Corporation |
| 456 | 184.76.88.59 | Clearwire Corporation |
| 457 | 184.77.135.194 | Clearwire Corporation |
| 458 | 184.76.49.49 | Clearwire Corporation |
| 459 | 71.23.25.81 | Clearwire Corporation |
| 460 | 71.22.33.65 | Clearwire Corporation |
| 461 | 71.20.11.95 | Clearwire Corporation |
| 462 | 50.10.12.146 | Clearwire Corporation |
| 463 | 184.78.153.51 | Clearwire Corporation |

**APPENDIX**
**JOHN DOE DEFENDANTS DISMISSED WITHOUT PREJUDICE**

| John Doe No. | IP Address | Internet Service Provider |
|---|---|---|
| 464 | 184.77.146.151 | Clearwire Corporation |
| 465 | 50.15.200.108 | Clearwire Corporation |
| 466 | 50.9.167.218 | Clearwire Corporation |
| 467 | 75.92.43.19 | Clearwire Corporation |
| 468 | 66.233.193.196 | Clearwire Corporation |
| 469 | 74.61.213.114 | Clearwire Corporation |
| 470 | 71.21.240.161 | Clearwire Corporation |
| 471 | 96.26.237.32 | Clearwire Corporation |
| 472 | 96.26.75.101 | Clearwire Corporation |
| 473 | 50.9.186.80 | Clearwire Corporation |
| 474 | 96.24.118.14 | Clearwire Corporation |
| 475 | 96.26.8.19 | Clearwire Corporation |
| 476 | 71.22.212.25 | Clearwire Corporation |
| 477 | 50.9.17.248 | Clearwire Corporation |
| 478 | 50.15.121.200 | Clearwire Corporation |
| 479 | 50.11.67.92 | Clearwire Corporation |
| 480 | 50.9.217.190 | Clearwire Corporation |
| 481 | 50.14.135.160 | Clearwire Corporation |
| 482 | 74.61.4.172 | Clearwire Corporation |
| 483 | 71.21.148.101 | Clearwire Corporation |
| 484 | 50.9.25.59 | Clearwire Corporation |
| 485 | 96.26.251.117 | Clearwire Corporation |
| 486 | 96.26.171.141 | Clearwire Corporation |
| 487 | 71.20.121.31 | Clearwire Corporation |
| 488 | 96.26.250.51 | Clearwire Corporation |
| 489 | 50.8.217.162 | Clearwire Corporation |
| 490 | 184.77.190.0 | Clearwire Corporation |
| 491 | 184.79.142.12 | Clearwire Corporation |
| 492 | 184.77.90.25 | Clearwire Corporation |
| 493 | 96.26.189.186 | Clearwire Corporation |
| 494 | 74.61.184.172 | Clearwire Corporation |
| 495 | 71.23.108.207 | Clearwire Corporation |
| 496 | 184.79.70.147 | Clearwire Corporation |
| 497 | 74.60.156.252 | Clearwire Corporation |
| 498 | 71.23.73.182 | Clearwire Corporation |
| 499 | 184.76.214.187 | Clearwire Corporation |
| 500 | 71.23.178.11 | Clearwire Corporation |
| 501 | 71.23.241.180 | Clearwire Corporation |
| 502 | 184.77.65.84 | Clearwire Corporation |
| 503 | 184.78.179.91 | Clearwire Corporation |
| 504 | 184.78.100.42 | Clearwire Corporation |

**APPENDIX**
**JOHN DOE DEFENDANTS DISMISSED WITHOUT PREJUDICE**

| John Doe No. | IP Address | Internet Service Provider |
|---|---|---|
| 505 | 184.79.200.75 | Clearwire Corporation |
| 506 | 75.95.99.196 | Clearwire Corporation |
| 507 | 96.26.254.203 | Clearwire Corporation |
| 508 | 50.10.14.70 | Clearwire Corporation |
| 509 | 66.233.67.190 | Clearwire Corporation |
| 510 | 71.21.235.27 | Clearwire Corporation |
| 511 | 96.26.234.111 | Clearwire Corporation |
| 512 | 71.23.154.46 | Clearwire Corporation |
| 513 | 71.21.64.9 | Clearwire Corporation |
| 514 | 96.25.22.164 | Clearwire Corporation |
| 515 | 96.26.67.18 | Clearwire Corporation |
| 516 | 96.25.76.199 | Clearwire Corporation |
| 517 | 75.94.238.190 | Clearwire Corporation |
| 518 | 75.93.218.126 | Clearwire Corporation |
| 519 | 71.22.220.236 | Clearwire Corporation |
| 520 | 71.21.42.64 | Clearwire Corporation |
| 521 | 184.78.179.79 | Clearwire Corporation |
| 522 | 50.15.173.45 | Clearwire Corporation |
| 523 | 50.15.71.71 | Clearwire Corporation |
| 524 | 71.23.137.64 | Clearwire Corporation |
| 525 | 184.79.242.52 | Clearwire Corporation |
| 526 | 184.79.185.244 | Clearwire Corporation |
| 527 | 71.23.104.21 | Clearwire Corporation |
| 528 | 50.8.102.201 | Clearwire Corporation |
| 529 | 50.11.68.242 | Clearwire Corporation |
| 530 | 75.93.142.230 | Clearwire Corporation |
| 531 | 75.94.31.100 | Clearwire Corporation |
| 532 | 184.78.209.161 | Clearwire Corporation |
| 533 | 75.92.39.69 | Clearwire Corporation |
| 534 | 74.61.115.26 | Clearwire Corporation |
| 535 | 75.94.232.109 | Clearwire Corporation |
| 536 | 75.95.114.46 | Clearwire Corporation |
| 537 | 50.15.6.137 | Clearwire Corporation |
| 538 | 75.92.132.143 | Clearwire Corporation |
| 539 | 96.26.88.183 | Clearwire Corporation |
| 540 | 50.9.189.36 | Clearwire Corporation |
| 541 | 71.23.204.81 | Clearwire Corporation |
| 542 | 74.60.171.145 | Clearwire Corporation |
| 543 | 71.21.226.134 | Clearwire Corporation |
| 544 | 75.94.213.234 | Clearwire Corporation |
| 545 | 66.233.22.196 | Clearwire Corporation |

## APPENDIX
## JOHN DOE DEFENDANTS DISMISSED WITHOUT PREJUDICE

| John Doe No. | IP Address | Internet Service Provider |
|---|---|---|
| 546 | 184.77.240.76 | Clearwire Corporation |
| 547 | 184.76.226.65 | Clearwire Corporation |
| 548 | 184.76.207.245 | Clearwire Corporation |
| 549 | 69.142.161.86 | Comcast Cable |
| 550 | 67.164.108.100 | Comcast Cable |
| 551 | 24.19.182.170 | Comcast Cable |
| 552 | 76.29.197.89 | Comcast Cable |
| 553 | 24.21.233.73 | Comcast Cable |
| 554 | 67.189.48.246 | Comcast Cable |
| 555 | 24.8.3.218 | Comcast Cable |
| 556 | 71.197.116.219 | Comcast Cable |
| 557 | 98.234.173.49 | Comcast Cable |
| 558 | 69.181.188.159 | Comcast Cable |
| 559 | 69.251.154.143 | Comcast Cable |
| 560 | 71.236.251.68 | Comcast Cable |
| 561 | 71.203.77.136 | Comcast Cable |
| 562 | 67.189.97.60 | Comcast Cable |
| 563 | 69.141.140.145 | Comcast Cable |
| 564 | 24.13.130.3 | Comcast Cable |
| 565 | 67.160.211.151 | Comcast Cable |
| 567 | 71.226.137.183 | Comcast Cable |
| 568 | 71.198.60.57 | Comcast Cable |
| 569 | 76.116.245.29 | Comcast Cable |
| 570 | 76.26.70.159 | Comcast Cable |
| 571 | 71.238.113.55 | Comcast Cable |
| 572 | 67.175.65.31 | Comcast Cable |
| 573 | 98.248.72.101 | Comcast Cable |
| 575 | 75.71.234.183 | Comcast Cable |
| 576 | 98.220.194.74 | Comcast Cable |
| 577 | 67.165.164.190 | Comcast Cable |
| 578 | 68.52.70.73 | Comcast Cable |
| 579 | 67.169.141.174 | Comcast Cable |
| 581 | 174.55.23.64 | Comcast Cable |
| 582 | 76.113.235.52 | Comcast Cable |
| 583 | 76.23.224.180 | Comcast Cable |
| 585 | 76.107.226.5 | Comcast Cable |
| 586 | 98.212.176.158 | Comcast Cable |
| 587 | 67.186.215.205 | Comcast Cable |
| 588 | 24.60.248.241 | Comcast Cable |
| 589 | 174.49.199.110 | Comcast Cable |
| 590 | 71.62.0.163 | Comcast Cable |

### APPENDIX
### JOHN DOE DEFENDANTS DISMISSED WITHOUT PREJUDICE

| John Doe No. | IP Address | Internet Service Provider |
|---|---|---|
| 591 | 68.44.75.121 | Comcast Cable |
| 592 | 174.49.194.152 | Comcast Cable |
| 593 | 69.246.230.242 | Comcast Cable |
| 595 | 98.196.36.124 | Comcast Cable |
| 596 | 68.82.21.2 | Comcast Cable |
| 597 | 98.219.80.235 | Comcast Cable |
| 598 | 67.162.42.45 | Comcast Cable |
| 599 | 24.147.117.115 | Comcast Cable |
| 600 | 68.44.189.207 | Comcast Cable |
| 601 | 71.199.94.86 | Comcast Cable |
| 603 | 76.120.141.219 | Comcast Cable |
| 604 | 76.99.115.47 | Comcast Cable |
| 606 | 69.181.209.9 | Comcast Cable |
| 607 | 98.218.253.230 | Comcast Cable |
| 608 | 65.34.224.153 | Comcast Cable |
| 609 | 68.34.15.235 | Comcast Cable |
| 610 | 174.57.34.167 | Comcast Cable |
| 612 | 71.239.168.103 | Comcast Cable |
| 614 | 67.180.220.132 | Comcast Cable |
| 615 | 71.233.216.140 | Comcast Cable |
| 616 | 68.49.200.113 | Comcast Cable |
| 618 | 98.254.184.127 | Comcast Cable |
| 619 | 98.254.255.178 | Comcast Cable |
| 620 | 24.0.13.28 | Comcast Cable |
| 621 | 68.36.201.106 | Comcast Cable |
| 623 | 174.52.187.53 | Comcast Cable |
| 624 | 98.255.132.204 | Comcast Cable |
| 625 | 68.47.131.121 | Comcast Cable |
| 626 | 174.52.55.216 | Comcast Cable |
| 628 | 24.218.148.215 | Comcast Cable |
| 629 | 69.181.214.194 | Comcast Cable |
| 630 | 69.143.216.187 | Comcast Cable |
| 630 | 69.143.216.187 | Comcast Cable |
| 631 | 98.255.136.234 | Comcast Cable |
| 633 | 69.141.214.224 | Comcast Cable |
| 634 | 67.171.10.99 | Comcast Cable |
| 636 | 174.51.40.197 | Comcast Cable |
| 637 | 75.65.250.188 | Comcast Cable |
| 639 | 71.59.225.134 | Comcast Cable |
| 640 | 69.242.188.7 | Comcast Cable |
| 641 | 67.181.20.141 | Comcast Cable |

**APPENDIX**
**JOHN DOE DEFENDANTS DISMISSED WITHOUT PREJUDICE**

| John Doe No. | IP Address | Internet Service Provider |
| --- | --- | --- |
| 642 | 24.4.64.223 | Comcast Cable |
| 643 | 71.235.142.63 | Comcast Cable |
| 645 | 98.237.159.154 | Comcast Cable |
| 647 | 68.59.189.188 | Comcast Cable |
| 648 | 98.203.66.169 | Comcast Cable |
| 649 | 98.244.62.29 | Comcast Cable |
| 650 | 71.59.89.129 | Comcast Cable |
| 651 | 71.194.87.27 | Comcast Cable |
| 652 | 68.34.162.107 | Comcast Cable |
| 653 | 98.251.181.188 | Comcast Cable |
| 654 | 69.249.230.48 | Comcast Cable |
| 655 | 98.255.195.179 | Comcast Cable |
| 656 | 98.226.113.54 | Comcast Cable |
| 657 | 24.10.241.235 | Comcast Cable |
| 660 | 69.142.178.174 | Comcast Cable |
| 661 | 98.247.98.106 | Comcast Cable |
| 662 | 76.97.178.1 | Comcast Cable |
| 663 | 71.199.157.119 | Comcast Cable |
| 664 | 68.53.135.242 | Comcast Cable |
| 665 | 67.173.64.155 | Comcast Cable |
| 666 | 67.163.119.41 | Comcast Cable |
| 668 | 76.104.32.68 | Comcast Cable |
| 669 | 76.105.36.195 | Comcast Cable |
| 670 | 98.229.1.229 | Comcast Cable |
| 671 | 98.226.128.193 | Comcast Cable |
| 672 | 68.42.21.33 | Comcast Cable |
| 673 | 98.225.250.222 | Comcast Cable |
| 674 | 76.110.8.124 | Comcast Cable |
| 678 | 67.161.113.13 | Comcast Cable |
| 680 | 98.237.211.82 | Comcast Cable |
| 682 | 24.12.62.159 | Comcast Cable |
| 683 | 71.227.226.198 | Comcast Cable |
| 684 | 66.229.74.23 | Comcast Cable |
| 685 | 98.236.58.103 | Comcast Cable |
| 686 | 76.102.137.11 | Comcast Cable |
| 687 | 69.244.208.33 | Comcast Cable |
| 688 | 65.34.205.60 | Comcast Cable |
| 689 | 71.60.191.211 | Comcast Cable |
| 690 | 71.229.159.229 | Comcast Cable |
| 691 | 76.104.170.246 | Comcast Cable |
| 692 | 76.102.33.47 | Comcast Cable |

## APPENDIX
## JOHN DOE DEFENDANTS DISMISSED WITHOUT PREJUDICE

| John Doe No. | IP Address | Internet Service Provider |
|---|---|---|
| 693 | 71.60.210.105 | Comcast Cable |
| 694 | 76.102.224.51 | Comcast Cable |
| 695 | 71.61.125.36 | Comcast Cable |
| 696 | 71.231.79.187 | Comcast Cable |
| 697 | 98.216.232.84 | Comcast Cable |
| 698 | 71.227.161.59 | Comcast Cable |
| 699 | 174.55.130.82 | Comcast Cable |
| 700 | 67.187.0.231 | Comcast Cable |
| 701 | 24.11.11.23 | Comcast Cable |
| 702 | 67.164.58.228 | Comcast Cable |
| 703 | 67.176.68.211 | Comcast Cable |
| 704 | 68.46.222.137 | Comcast Cable |
| 705 | 24.18.151.36 | Comcast Cable |
| 706 | 76.118.124.4 | Comcast Cable |
| 707 | 69.249.173.68 | Comcast Cable |
| 708 | 71.61.102.37 | Comcast Cable |
| 709 | 98.234.200.247 | Comcast Cable |
| 710 | 67.163.10.79 | Comcast Cable |
| 711 | 98.242.69.113 | Comcast Cable |
| 712 | 98.247.234.10 | Comcast Cable |
| 713 | 67.185.49.1 | Comcast Cable |
| 714 | 71.227.168.163 | Comcast Cable |
| 717 | 71.227.144.136 | Comcast Cable |
| 718 | 68.40.187.127 | Comcast Cable |
| 719 | 66.31.211.114 | Comcast Cable |
| 721 | 98.201.168.43 | Comcast Cable |
| 724 | 71.227.44.206 | Comcast Cable |
| 725 | 68.82.116.58 | Comcast Cable |
| 726 | 69.247.13.233 | Comcast Cable |
| 727 | 98.197.10.187 | Comcast Cable |
| 729 | 66.30.6.89 | Comcast Cable |
| 731 | 67.184.68.183 | Comcast Cable |
| 732 | 71.197.49.82 | Comcast Cable |
| 733 | 67.183.81.154 | Comcast Cable |
| 734 | 98.247.176.54 | Comcast Cable |
| 735 | 67.169.238.57 | Comcast Cable |
| 737 | 24.131.143.227 | Comcast Cable |
| 738 | 98.196.124.189 | Comcast Cable |
| 739 | 24.20.93.131 | Comcast Cable |
| 740 | 98.210.131.26 | Comcast Cable |
| 741 | 98.203.146.66 | Comcast Cable |

**APPENDIX**
**JOHN DOE DEFENDANTS DISMISSED WITHOUT PREJUDICE**

| John Doe No. | IP Address | Internet Service Provider |
|---|---|---|
| 742 | 67.191.209.44 | Comcast Cable |
| 743 | 76.119.233.57 | Comcast Cable |
| 744 | 71.237.179.231 | Comcast Cable |
| 745 | 71.204.134.57 | Comcast Cable |
| 746 | 67.184.57.247 | Comcast Cable |
| 747 | 67.185.139.104 | Comcast Cable |
| 748 | 67.170.244.7 | Comcast Cable |
| 749 | 24.5.156.35 | Comcast Cable |
| 750 | 68.58.65.178 | Comcast Cable |
| 751 | 76.124.167.214 | Comcast Cable |
| 752 | 67.180.105.111 | Comcast Cable |
| 753 | 98.222.192.226 | Comcast Cable |
| 755 | 66.229.5.26 | Comcast Cable |
| 756 | 76.122.154.152 | Comcast Cable |
| 757 | 24.8.153.232 | Comcast Cable |
| 758 | 24.19.116.234 | Comcast Cable |
| 759 | 76.104.112.25 | Comcast Cable |
| 760 | 98.246.21.213 | Comcast Cable |
| 762 | 68.61.79.191 | Comcast Cable |
| 764 | 66.30.101.98 | Comcast Cable |
| 765 | 67.175.102.114 | Comcast Cable |
| 766 | 98.242.25.192 | Comcast Cable |
| 767 | 24.0.128.125 | Comcast Cable |
| 768 | 67.167.26.215 | Comcast Cable |
| 769 | 68.41.48.99 | Comcast Cable |
| 770 | 71.205.52.238 | Comcast Cable |
| 771 | 98.209.208.118 | Comcast Cable |
| 772 | 67.164.210.98 | Comcast Cable |
| 773 | 68.61.67.219 | Comcast Cable |
| 774 | 98.247.226.77 | Comcast Cable |
| 775 | 76.107.0.9 | Comcast Cable |
| 776 | 24.10.154.108 | Comcast Cable |
| 778 | 67.185.167.159 | Comcast Cable |
| 779 | 98.207.68.173 | Comcast Cable |
| 780 | 68.81.243.219 | Comcast Cable |
| 781 | 76.17.123.68 | Comcast Cable |
| 782 | 98.208.92.10 | Comcast Cable |
| 783 | 98.208.56.247 | Comcast Cable |
| 784 | 98.214.164.41 | Comcast Cable |
| 785 | 24.130.142.100 | Comcast Cable |
| 786 | 76.121.108.141 | Comcast Cable |

**APPENDIX**
**JOHN DOE DEFENDANTS DISMISSED WITHOUT PREJUDICE**

| John Doe No. | IP Address | Internet Service Provider |
|---|---|---|
| 787 | 69.254.56.254 | Comcast Cable |
| 788 | 67.185.225.242 | Comcast Cable |
| 789 | 75.66.209.172 | Comcast Cable |
| 790 | 76.108.249.69 | Comcast Cable |
| 791 | 24.12.196.170 | Comcast Cable |
| 792 | 24.15.145.85 | Comcast Cable |
| 793 | 67.170.147.73 | Comcast Cable |
| 794 | 67.161.174.211 | Comcast Cable |
| 795 | 71.230.85.137 | Comcast Cable |
| 796 | 67.164.211.102 | Comcast Cable |
| 797 | 76.17.169.44 | Comcast Cable |
| 798 | 76.17.240.193 | Comcast Cable |
| 799 | 71.198.40.124 | Comcast Cable |
| 800 | 71.193.60.223 | Comcast Cable |
| 801 | 76.26.132.18 | Comcast Cable |
| 802 | 98.237.169.192 | Comcast Cable |
| 803 | 24.15.45.119 | Comcast Cable |
| 804 | 71.195.241.45 | Comcast Cable |
| 805 | 69.181.224.126 | Comcast Cable |
| 806 | 76.127.249.248 | Comcast Cable |
| 807 | 24.17.82.213 | Comcast Cable |
| 808 | 24.17.5.114 | Comcast Cable |
| 810 | 98.196.165.115 | Comcast Cable |
| 811 | 67.172.108.110 | Comcast Cable |
| 812 | 76.115.35.171 | Comcast Cable |
| 813 | 98.232.1.83 | Comcast Cable |
| 814 | 24.19.11.170 | Comcast Cable |
| 815 | 67.169.27.65 | Comcast Cable |
| 816 | 65.34.198.40 | Comcast Cable |
| 817 | 98.223.77.149 | Comcast Cable |
| 818 | 98.248.192.7 | Comcast Cable |
| 819 | 71.194.93.202 | Comcast Cable |
| 820 | 98.240.106.93 | Comcast Cable |
| 821 | 67.186.75.168 | Comcast Cable |
| 822 | 69.181.20.226 | Comcast Cable |
| 823 | 24.2.29.189 | Comcast Cable |
| 826 | 24.19.221.145 | Comcast Cable |
| 827 | 98.195.120.104 | Comcast Cable |
| 828 | 69.243.132.229 | Comcast Cable |
| 829 | 68.54.160.199 | Comcast Cable |
| 831 | 67.187.106.34 | Comcast Cable |

**APPENDIX**
**JOHN DOE DEFENDANTS DISMISSED WITHOUT PREJUDICE**

| John Doe No. | IP Address | Internet Service Provider |
|---|---|---|
| 832 | 24.6.214.211 | Comcast Cable |
| 833 | 24.20.131.136 | Comcast Cable |
| 834 | 71.198.4.108 | Comcast Cable |
| 835 | 98.253.15.47 | Comcast Cable |
| 836 | 174.52.32.11 | Comcast Cable |
| 837 | 71.198.141.247 | Comcast Cable |
| 838 | 66.176.85.84 | Comcast Cable |
| 3885 | 63.246.173.81 | EarthLink |
| 3886 | 24.170.182.225 | EarthLink |
| 3887 | 69.86.85.29 | EarthLink |
| 3888 | 24.136.90.86 | EarthLink |
| 3889 | 216.175.102.233 | EarthLink |
| 3890 | 24.239.145.98 | EarthLink |
| 3891 | 72.40.37.60 | EarthLink |
| 3892 | 64.131.184.246 | EarthLink |
| 3893 | 64.203.46.3 | EarthLink |
| 3894 | 209.162.32.151 | EarthLink |
| 3895 | 64.91.160.51 | EarthLink |
| 3896 | 64.131.226.1 | EarthLink |
| 3897 | 24.223.240.149 | EarthLink |
| 3898 | 66.133.241.176 | EarthLink |
| 3899 | 24.199.66.37 | EarthLink |
| 3900 | 24.239.175.135 | EarthLink |
| 3901 | 216.175.84.84 | EarthLink |
| 3902 | 76.15.49.217 | EarthLink |
| 3903 | 72.40.111.108 | EarthLink |
| 3904 | 67.58.155.42 | EarthLink |
| 3905 | 24.215.238.61 | EarthLink |
| 3906 | 24.148.173.248 | EarthLink |
| 3907 | 24.171.138.143 | EarthLink |
| 3908 | 24.171.132.163 | EarthLink |
| 3909 | 208.120.146.205 | EarthLink |
| 3910 | 24.215.232.19 | EarthLink |
| 3911 | 208.120.109.202 | EarthLink |
| 3912 | 24.206.86.52 | EarthLink |
| 3913 | 24.239.169.164 | EarthLink |
| 3914 | 24.223.153.106 | EarthLink |
| 3915 | 24.149.52.92 | EarthLink |
| 3916 | 64.203.59.52 | EarthLink |
| 3917 | 24.148.177.187 | EarthLink |
| 3918 | 216.40.160.134 | EarthLink |

**APPENDIX**
**JOHN DOE DEFENDANTS DISMISSED WITHOUT PREJUDICE**

| John Doe No. | IP Address | Internet Service Provider |
| --- | --- | --- |
| 3919 | 69.86.82.78 | EarthLink |
| 3920 | 76.15.181.62 | EarthLink |
| 3921 | 69.91.25.185 | EarthLink |
| 3922 | 216.73.217.189 | EarthLink |
| 3923 | 208.120.135.74 | EarthLink |
| 3924 | 24.110.249.113 | EarthLink |
| 3925 | 208.120.182.203 | EarthLink |
| 3926 | 208.120.160.154 | EarthLink |
| 3927 | 208.120.141.183 | EarthLink |
| 3928 | 69.91.100.77 | EarthLink |
| 3929 | 64.91.219.45 | EarthLink |
| 3930 | 64.203.4.173 | EarthLink |
| 3931 | 69.91.8.157 | EarthLink |
| 3932 | 66.32.185.115 | EarthLink |
| 3933 | 69.22.22.209 | EarthLink |
| 3934 | 69.86.126.90 | EarthLink |
| 3935 | 24.206.109.189 | EarthLink |
| 3936 | 72.21.152.14 | EarthLink |
| 3937 | 76.15.69.56 | EarthLink |
| 3938 | 24.215.143.29 | EarthLink |
| 4278 | 71.38.209.216 | Qwest Communications |
| 4279 | 174.22.138.178 | Qwest Communications |
| 4280 | 174.28.22.245 | Qwest Communications |
| 4281 | 174.23.177.71 | Qwest Communications |
| 4282 | 97.112.114.42 | Qwest Communications |
| 4283 | 75.167.215.60 | Qwest Communications |
| 4284 | 97.112.108.194 | Qwest Communications |
| 4285 | 97.119.162.157 | Qwest Communications |
| 4286 | 97.112.176.129 | Qwest Communications |
| 4287 | 174.20.94.221 | Qwest Communications |
| 4288 | 75.169.194.16 | Qwest Communications |
| 4289 | 71.37.140.187 | Qwest Communications |
| 4290 | 174.20.55.215 | Qwest Communications |
| 4291 | 97.125.90.88 | Qwest Communications |
| 4292 | 67.2.41.140 | Qwest Communications |
| 4293 | 174.24.6.213 | Qwest Communications |
| 4294 | 97.119.100.65 | Qwest Communications |
| 4295 | 97.120.76.203 | Qwest Communications |
| 4296 | 71.36.126.231 | Qwest Communications |
| 4297 | 174.28.245.74 | Qwest Communications |
| 4298 | 216.207.146.70 | Qwest Communications |

## APPENDIX
## JOHN DOE DEFENDANTS DISMISSED WITHOUT PREJUDICE

| John Doe No. | IP Address | Internet Service Provider |
|---|---|---|
| 4299 | 67.41.202.111 | Qwest Communications |
| 4300 | 174.24.180.213 | Qwest Communications |
| 4301 | 71.32.60.65 | Qwest Communications |
| 4302 | 71.220.111.134 | Qwest Communications |
| 4303 | 97.117.252.31 | Qwest Communications |
| 4304 | 174.19.12.145 | Qwest Communications |
| 4305 | 97.125.203.192 | Qwest Communications |
| 4306 | 184.96.214.42 | Qwest Communications |
| 4307 | 174.28.47.18 | Qwest Communications |
| 4308 | 97.125.18.115 | Qwest Communications |
| 4309 | 174.27.81.59 | Qwest Communications |
| 4310 | 174.17.118.188 | Qwest Communications |
| 4311 | 174.24.60.100 | Qwest Communications |
| 4312 | 97.127.135.15 | Qwest Communications |
| 4313 | 184.98.184.168 | Qwest Communications |
| 4314 | 63.227.185.76 | Qwest Communications |
| 4315 | 174.25.236.8 | Qwest Communications |
| 4316 | 97.122.72.11 | Qwest Communications |
| 4317 | 174.30.20.240 | Qwest Communications |
| 4318 | 204.131.177.104 | Qwest Communications |
| 4319 | 70.59.199.91 | Qwest Communications |
| 4320 | 174.24.13.166 | Qwest Communications |
| 4321 | 71.220.97.50 | Qwest Communications |
| 4322 | 67.132.250.50 | Qwest Communications |
| 4323 | 97.116.98.140 | Qwest Communications |
| 4324 | 174.20.42.17 | Qwest Communications |
| 4325 | 174.30.232.15 | Qwest Communications |
| 4326 | 97.115.183.187 | Qwest Communications |
| 4327 | 174.30.13.25 | Qwest Communications |
| 4328 | 174.17.87.89 | Qwest Communications |
| 4329 | 174.20.91.77 | Qwest Communications |
| 4330 | 75.163.32.215 | Qwest Communications |
| 4331 | 97.123.222.25 | Qwest Communications |
| 4332 | 174.28.129.113 | Qwest Communications |
| 4333 | 75.167.234.150 | Qwest Communications |
| 4334 | 70.57.92.48 | Qwest Communications |
| 4335 | 174.19.0.34 | Qwest Communications |
| 4336 | 97.118.255.169 | Qwest Communications |
| 4337 | 184.99.246.111 | Qwest Communications |
| 4338 | 71.208.116.221 | Qwest Communications |
| 4339 | 174.26.108.33 | Qwest Communications |

### APPENDIX
### JOHN DOE DEFENDANTS DISMISSED WITHOUT PREJUDICE

| John Doe No. | IP Address | Internet Service Provider |
|---|---|---|
| 4340 | 174.25.75.130 | Qwest Communications |
| 4341 | 70.58.151.230 | Qwest Communications |
| 4342 | 75.162.244.17 | Qwest Communications |
| 4343 | 63.226.197.138 | Qwest Communications |
| 4344 | 174.23.55.80 | Qwest Communications |
| 4345 | 184.96.136.220 | Qwest Communications |
| 4346 | 71.212.117.54 | Qwest Communications |
| 4347 | 70.56.181.208 | Qwest Communications |
| 4348 | 71.33.20.200 | Qwest Communications |
| 4349 | 71.209.246.247 | Qwest Communications |
| 4350 | 71.208.96.126 | Qwest Communications |
| 4351 | 174.20.38.173 | Qwest Communications |
| 4352 | 97.114.21.23 | Qwest Communications |
| 4353 | 63.224.185.152 | Qwest Communications |
| 4354 | 174.27.105.106 | Qwest Communications |
| 4355 | 174.25.105.188 | Qwest Communications |
| 4356 | 184.96.0.189 | Qwest Communications |
| 4357 | 97.119.56.118 | Qwest Communications |
| 4358 | 174.25.228.76 | Qwest Communications |
| 4359 | 174.25.233.88 | Qwest Communications |
| 4360 | 216.161.1.66 | Qwest Communications |
| 4361 | 174.23.60.229 | Qwest Communications |
| 4362 | 174.24.3.82 | Qwest Communications |
| 4363 | 71.208.35.131 | Qwest Communications |
| 4364 | 174.20.89.75 | Qwest Communications |
| 4365 | 71.208.212.177 | Qwest Communications |
| 4366 | 174.24.172.163 | Qwest Communications |
| 4367 | 174.18.98.7 | Qwest Communications |
| 4368 | 174.17.206.246 | Qwest Communications |
| 4369 | 174.27.255.200 | Qwest Communications |
| 4370 | 97.118.59.222 | Qwest Communications |
| 4371 | 75.165.96.129 | Qwest Communications |
| 4372 | 174.23.64.170 | Qwest Communications |
| 4373 | 67.41.153.178 | Qwest Communications |
| 4374 | 184.96.215.171 | Qwest Communications |
| 4375 | 97.119.111.227 | Qwest Communications |
| 4376 | 71.212.113.228 | Qwest Communications |
| 4377 | 97.112.158.135 | Qwest Communications |
| 4378 | 97.127.239.33 | Qwest Communications |
| 4379 | 174.30.96.235 | Qwest Communications |
| 4380 | 63.225.211.133 | Qwest Communications |

## APPENDIX
## JOHN DOE DEFENDANTS DISMISSED WITHOUT PREJUDICE

| John Doe No. | IP Address | Internet Service Provider |
|---|---|---|
| 4381 | 75.169.118.109 | Qwest Communications |
| 4382 | 71.214.57.228 | Qwest Communications |
| 4383 | 67.4.144.61 | Qwest Communications |
| 4384 | 75.173.28.58 | Qwest Communications |
| 4385 | 174.28.224.108 | Qwest Communications |
| 4386 | 75.175.120.60 | Qwest Communications |
| 4387 | 174.30.135.163 | Qwest Communications |
| 4388 | 75.169.199.11 | Qwest Communications |
| 4389 | 63.228.4.65 | Qwest Communications |
| 4390 | 184.99.84.89 | Qwest Communications |
| 4391 | 97.127.0.44 | Qwest Communications |
| 4392 | 184.100.49.86 | Qwest Communications |
| 4393 | 184.97.93.229 | Qwest Communications |
| 4394 | 97.113.24.112 | Qwest Communications |
| 4395 | 63.227.112.141 | Qwest Communications |
| 4396 | 184.99.241.59 | Qwest Communications |
| 4397 | 97.120.84.42 | Qwest Communications |
| 4397 | 97.120.84.42 | Qwest Communications |
| 4398 | 97.127.196.249 | Qwest Communications |
| 4399 | 63.230.18.42 | Qwest Communications |
| 4400 | 97.120.243.232 | Qwest Communications |
| 4401 | 97.112.104.47 | Qwest Communications |
| 4402 | 70.57.175.64 | Qwest Communications |
| 4403 | 97.117.74.95 | Qwest Communications |
| 4404 | 75.175.179.240 | Qwest Communications |
| 4405 | 65.101.220.131 | Qwest Communications |
| 4406 | 71.34.186.113 | Qwest Communications |
| 4407 | 97.123.235.114 | Qwest Communications |
| 4408 | 97.126.94.21 | Qwest Communications |
| 4409 | 97.120.64.169 | Qwest Communications |
| 4410 | 205.170.235.246 | Qwest Communications |
| 4411 | 174.23.61.209 | Qwest Communications |
| 4412 | 71.212.99.214 | Qwest Communications |
| 4413 | 174.27.198.52 | Qwest Communications |
| 4414 | 97.127.193.134 | Qwest Communications |
| 4415 | 174.28.32.215 | Qwest Communications |
| 4416 | 71.208.48.177 | Qwest Communications |
| 4417 | 184.99.98.252 | Qwest Communications |
| 4418 | 97.121.193.65 | Qwest Communications |
| 4419 | 97.112.1.253 | Qwest Communications |
| 4420 | 174.25.147.188 | Qwest Communications |

**APPENDIX**
**JOHN DOE DEFENDANTS DISMISSED WITHOUT PREJUDICE**

| John Doe No. | IP Address | Internet Service Provider |
|---|---|---|
| 4421 | 71.221.251.154 | Qwest Communications |
| 4422 | 184.100.142.79 | Qwest Communications |
| 4423 | 184.98.151.156 | Qwest Communications |
| 4424 | 184.99.168.31 | Qwest Communications |
| 4425 | 97.124.236.240 | Qwest Communications |
| 4426 | 97.127.196.224 | Qwest Communications |
| 4427 | 97.123.85.20 | Qwest Communications |
| 4428 | 174.31.185.217 | Qwest Communications |
| 4429 | 75.173.42.29 | Qwest Communications |
| 4430 | 174.27.197.62 | Qwest Communications |
| 4431 | 174.27.153.3 | Qwest Communications |
| 4432 | 71.214.179.139 | Qwest Communications |
| 4433 | 97.122.123.224 | Qwest Communications |
| 4434 | 97.127.102.156 | Qwest Communications |
| 4435 | 75.162.83.11 | Qwest Communications |
| 4436 | 97.127.207.141 | Qwest Communications |
| 4437 | 174.25.151.90 | Qwest Communications |
| 4438 | 75.163.234.141 | Qwest Communications |
| 4439 | 174.23.67.221 | Qwest Communications |
| 4440 | 65.120.177.145 | Qwest Communications |
| 4441 | 97.122.179.183 | Qwest Communications |
| 4442 | 174.18.255.39 | Qwest Communications |
| 4443 | 174.27.139.230 | Qwest Communications |
| 4444 | 65.101.231.227 | Qwest Communications |
| 4445 | 70.59.214.159 | Qwest Communications |
| 4446 | 207.224.70.104 | Qwest Communications |
| 4447 | 174.28.159.110 | Qwest Communications |
| 4448 | 71.33.26.170 | Qwest Communications |
| 4449 | 71.221.249.65 | Qwest Communications |
| 4450 | 174.28.129.214 | Qwest Communications |
| 4451 | 97.125.198.193 | Qwest Communications |
| 4452 | 97.120.248.2 | Qwest Communications |
| 4453 | 174.25.39.31 | Qwest Communications |
| 4454 | 75.167.160.246 | Qwest Communications |
| 4455 | 174.25.141.242 | Qwest Communications |
| 4456 | 97.125.196.77 | Qwest Communications |
| 4457 | 174.28.151.26 | Qwest Communications |
| 4458 | 184.98.29.196 | Qwest Communications |
| 4459 | 174.26.76.122 | Qwest Communications |
| 4460 | 97.113.127.168 | Qwest Communications |
| 4461 | 174.30.39.53 | Qwest Communications |

# APPENDIX
## JOHN DOE DEFENDANTS DISMISSED WITHOUT PREJUDICE

| John Doe No. | IP Address | Internet Service Provider |
|---|---|---|
| 4462 | 184.96.244.171 | Qwest Communications |
| 4463 | 75.173.150.72 | Qwest Communications |
| 4464 | 71.208.55.125 | Qwest Communications |
| 4465 | 63.234.11.132 | Qwest Communications |
| 4466 | 63.224.237.37 | Qwest Communications |
| 4467 | 174.20.89.71 | Qwest Communications |
| 4468 | 97.113.24.58 | Qwest Communications |
| 4469 | 75.169.96.73 | Qwest Communications |
| 4470 | 174.28.99.29 | Qwest Communications |
| 4471 | 174.27.125.201 | Qwest Communications |
| 4472 | 204.132.111.11 | Qwest Communications |
| 4473 | 208.44.215.61 | Qwest Communications |
| 4474 | 174.27.185.149 | Qwest Communications |
| 4475 | 174.25.147.53 | Qwest Communications |
| 4476 | 71.211.63.169 | Qwest Communications |
| 4477 | 174.22.206.172 | Qwest Communications |
| 4478 | 97.127.12.207 | Qwest Communications |
| 4479 | 71.214.191.140 | Qwest Communications |
| 4480 | 71.223.185.105 | Qwest Communications |
| 4481 | 97.113.159.179 | Qwest Communications |
| 4482 | 65.103.143.223 | Qwest Communications |
| 4483 | 75.173.47.24 | Qwest Communications |
| 4484 | 67.40.49.162 | Qwest Communications |
| 4485 | 97.113.25.11 | Qwest Communications |
| 4486 | 184.100.97.183 | Qwest Communications |
| 4487 | 97.120.246.176 | Qwest Communications |
| 4488 | 207.224.78.79 | Qwest Communications |
| 4489 | 70.58.120.128 | Qwest Communications |
| 4490 | 174.28.148.144 | Qwest Communications |
| 4491 | 184.99.115.72 | Qwest Communications |
| 4492 | 70.58.217.220 | Qwest Communications |
| 4493 | 71.208.10.177 | Qwest Communications |
| 4494 | 209.180.102.5 | Qwest Communications |
| 4495 | 75.161.140.75 | Qwest Communications |
| 4496 | 71.221.42.57 | Qwest Communications |
| 4497 | 184.96.129.133 | Qwest Communications |
| 4498 | 97.112.168.226 | Qwest Communications |
| 4499 | 97.115.72.110 | Qwest Communications |
| 4500 | 75.167.114.81 | Qwest Communications |
| 4501 | 71.32.85.154 | Qwest Communications |
| 4502 | 174.23.90.251 | Qwest Communications |

**APPENDIX**
**JOHN DOE DEFENDANTS DISMISSED WITHOUT PREJUDICE**

| John Doe No. | IP Address | Internet Service Provider |
| --- | --- | --- |
| 4503 | 63.228.80.37 | Qwest Communications |
| 4504 | 71.212.102.37 | Qwest Communications |
| 4505 | 174.24.55.49 | Qwest Communications |
| 4506 | 67.4.144.195 | Qwest Communications |
| 4507 | 184.100.38.219 | Qwest Communications |
| 4508 | 209.181.184.161 | Qwest Communications |
| 4509 | 97.119.159.81 | Qwest Communications |
| 4510 | 65.102.205.210 | Qwest Communications |
| 4511 | 174.28.111.91 | Qwest Communications |
| 4512 | 97.119.183.21 | Qwest Communications |
| 4513 | 184.100.126.118 | Qwest Communications |
| 4514 | 67.4.130.97 | Qwest Communications |
| 4515 | 174.25.42.105 | Qwest Communications |
| 4516 | 67.42.143.65 | Qwest Communications |
| 4517 | 184.97.232.124 | Qwest Communications |
| 4518 | 65.103.9.27 | Qwest Communications |
| 4519 | 174.23.57.29 | Qwest Communications |
| 4520 | 174.26.28.18 | Qwest Communications |
| 4521 | 71.34.185.252 | Qwest Communications |
| 4522 | 174.20.91.227 | Qwest Communications |
| 4523 | 174.25.143.183 | Qwest Communications |
| 4524 | 71.33.140.127 | Qwest Communications |
| 4525 | 174.28.183.68 | Qwest Communications |
| 4526 | 71.38.196.18 | Qwest Communications |
| 4527 | 97.122.160.182 | Qwest Communications |
| 4528 | 75.161.104.156 | Qwest Communications |
| 4529 | 184.96.182.7 | Qwest Communications |
| 4530 | 71.38.192.29 | Qwest Communications |
| 4531 | 184.96.132.194 | Qwest Communications |
| 4532 | 97.124.107.110 | Qwest Communications |
| 4533 | 71.208.49.148 | Qwest Communications |
| 4534 | 63.225.196.87 | Qwest Communications |
| 4535 | 174.28.50.168 | Qwest Communications |
| 4536 | 97.122.169.68 | Qwest Communications |
| 4537 | 67.42.114.4 | Qwest Communications |
| 4538 | 75.174.244.55 | Qwest Communications |
| 4539 | 174.20.247.143 | Qwest Communications |
| 4540 | 97.119.149.155 | Qwest Communications |
| 4541 | 97.117.228.38 | Qwest Communications |
| 4542 | 71.213.83.230 | Qwest Communications |
| 4543 | 174.17.150.227 | Qwest Communications |

**APPENDIX**
**JOHN DOE DEFENDANTS DISMISSED WITHOUT PREJUDICE**

| John Doe No. | IP Address | Internet Service Provider |
| --- | --- | --- |
| 4544 | 209.211.215.30 | Qwest Communications |
| 4545 | 67.41.201.234 | Qwest Communications |
| 4546 | 75.171.231.1 | Qwest Communications |
| 4547 | 75.174.182.197 | Qwest Communications |
| 4548 | 71.35.54.134 | Qwest Communications |
| 4549 | 71.208.58.169 | Qwest Communications |
| 4550 | 184.100.164.143 | Qwest Communications |
| 4551 | 71.220.90.99 | Qwest Communications |
| 4552 | 174.23.148.99 | Qwest Communications |
| 4553 | 174.23.68.224 | Qwest Communications |
| 4554 | 174.22.93.10 | Qwest Communications |
| 4555 | 174.26.123.17 | Qwest Communications |
| 4556 | 174.24.96.22 | Qwest Communications |
| 4557 | 174.23.254.97 | Qwest Communications |
| 4558 | 97.116.171.179 | Qwest Communications |
| 4559 | 65.118.17.31 | Qwest Communications |
| 4560 | 97.119.159.102 | Qwest Communications |
| 4561 | 75.172.234.25 | Qwest Communications |
| 4562 | 71.213.87.38 | Qwest Communications |
| 4563 | 97.118.246.209 | Qwest Communications |
| 4564 | 174.23.83.2 | Qwest Communications |
| 4565 | 75.174.194.214 | Qwest Communications |
| 4566 | 174.27.161.151 | Qwest Communications |
| 4567 | 75.164.154.121 | Qwest Communications |
| 4568 | 71.208.116.92 | Qwest Communications |
| 4569 | 174.24.43.77 | Qwest Communications |
| 4570 | 174.19.28.68 | Qwest Communications |
| 4571 | 65.102.183.205 | Qwest Communications |
| 4572 | 65.113.119.118 | Qwest Communications |
| 4573 | 174.23.239.221 | Qwest Communications |
| 4574 | 75.168.87.50 | Qwest Communications |
| 4575 | 67.0.42.35 | Qwest Communications |
| 4576 | 65.121.15.210 | Qwest Communications |
| 4577 | 184.98.177.237 | Qwest Communications |
| 4578 | 71.38.6.51 | Qwest Communications |
| 4579 | 97.126.218.217 | Qwest Communications |
| 4580 | 174.20.153.167 | Qwest Communications |
| 4581 | 174.23.70.22 | Qwest Communications |
| 4582 | 97.114.255.51 | Qwest Communications |
| 4583 | 71.218.109.228 | Qwest Communications |
| 4584 | 174.20.223.58 | Qwest Communications |

### APPENDIX
### JOHN DOE DEFENDANTS DISMISSED WITHOUT PREJUDICE

| John Doe No. | IP Address | Internet Service Provider |
|---|---|---|
| 4585 | 174.21.192.21 | Qwest Communications |
| 4586 | 75.165.114.202 | Qwest Communications |
| 4587 | 207.237.197.250 | RCN Corporation |
| 4588 | 64.121.116.149 | RCN Corporation |
| 4589 | 24.148.29.46 | RCN Corporation |
| 4590 | 207.229.186.219 | RCN Corporation |
| 4591 | 209.6.60.52 | RCN Corporation |
| 4592 | 207.181.242.136 | RCN Corporation |
| 4593 | 216.80.33.4 | RCN Corporation |
| 4594 | 208.58.217.110 | RCN Corporation |
| 4595 | 209.6.41.139 | RCN Corporation |
| 4596 | 209.6.48.211 | RCN Corporation |
| 4597 | 207.38.182.243 | RCN Corporation |
| 4598 | 64.121.52.121 | RCN Corporation |
| 4599 | 207.181.236.248 | RCN Corporation |
| 4600 | 146.115.151.95 | RCN Corporation |
| 4601 | 207.172.38.164 | RCN Corporation |
| 4602 | 208.58.22.232 | RCN Corporation |
| 4603 | 209.6.93.239 | RCN Corporation |
| 4604 | 146.115.140.65 | RCN Corporation |
| 4605 | 208.58.209.63 | RCN Corporation |
| 4606 | 24.148.26.119 | RCN Corporation |
| 4607 | 24.148.13.164 | RCN Corporation |
| 4608 | 65.78.90.2 | RCN Corporation |
| 4609 | 209.6.76.93 | RCN Corporation |
| 4610 | 216.80.120.12 | RCN Corporation |
| 4611 | 207.237.204.2 | RCN Corporation |
| 4612 | 64.121.115.86 | RCN Corporation |
| 4613 | 207.237.136.102 | RCN Corporation |
| 4614 | 146.115.184.184 | RCN Corporation |
| 4615 | 207.172.251.253 | RCN Corporation |
| 4616 | 216.220.72.23 | RCN Corporation |
| 4617 | 207.172.62.42 | RCN Corporation |
| 4618 | 209.6.34.5 | RCN Corporation |
| 4619 | 146.115.176.251 | RCN Corporation |
| 4620 | 207.237.24.121 | RCN Corporation |
| 4621 | 205.241.56.14 | Sprint |
| 4622 | 204.181.137.82 | Sprint |
| 4623 | 63.175.124.34 | Sprint |
| 4624 | 208.8.126.184 | Sprint |
| 4625 | 65.167.247.14 | Sprint |

**APPENDIX**
**JOHN DOE DEFENDANTS DISMISSED WITHOUT PREJUDICE**

| John Doe No. | IP Address | Internet Service Provider |
|---|---|---|
| 4626 | 204.118.66.55 | Sprint |
| 4627 | 199.2.58.199 | Sprint |
| 4628 | 204.118.66.62 | Sprint |
| 4629 | 207.14.8.163 | Sprint |
| 4630 | 205.244.150.173 | Sprint |
| 4631 | 63.160.239.192 | Sprint |
| 4632 | 208.22.11.10 | Sprint |
| 4633 | 63.164.249.110 | Sprint |
| 4634 | 65.164.196.82 | Sprint |
| 4635 | 63.173.59.240 | Sprint |
| 4636 | 63.173.59.160 | Sprint |
| 4637 | 63.173.59.85 | Sprint |
| 4638 | 199.2.58.108 | Sprint |
| 4639 | 63.175.124.114 | Sprint |
| 4640 | 204.182.12.14 | Sprint |
| 4641 | 65.173.19.10 | Sprint |
| 4642 | 205.246.155.44 | Sprint |
| 4643 | 65.165.164.139 | Sprint |
| 4644 | 63.164.47.229 | Sprint |
| 4645 | 207.14.8.253 | Sprint |
| 4646 | 63.173.58.178 | Sprint |
| 4647 | 184.194.156.249 | Sprint PCS |
| 4648 | 173.110.199.72 | Sprint PCS |
| 4649 | 173.110.146.216 | Sprint PCS |
| 4650 | 173.125.91.49 | Sprint PCS |
| 4651 | 184.216.89.219 | Sprint PCS |
| 4652 | 108.112.118.225 | Sprint PCS |
| 4653 | 173.118.217.239 | Sprint PCS |
| 4654 | 68.28.42.229 | Sprint PCS |
| 4655 | 173.128.65.253 | Sprint PCS |
| 4656 | 66.87.2.255 | Sprint PCS |
| 4657 | 72.56.70.168 | Sprint PCS |
| 4658 | 173.115.113.108 | Sprint PCS |
| 4659 | 108.125.61.56 | Sprint PCS |
| 4660 | 66.87.0.24 | Sprint PCS |
| 4661 | 108.121.24.43 | Sprint PCS |
| 4662 | 72.62.177.20 | Sprint PCS |
| 4663 | 173.150.243.193 | Sprint PCS |
| 4664 | 184.214.220.247 | Sprint PCS |
| 4665 | 66.87.2.35 | Sprint PCS |
| 4666 | 66.87.8.2 | Sprint PCS |

**APPENDIX**
**JOHN DOE DEFENDANTS DISMISSED WITHOUT PREJUDICE**

| John Doe No. | IP Address | Internet Service Provider |
|---|---|---|
| 4667 | 184.207.167.68 | Sprint PCS |
| 4668 | 99.201.125.246 | Sprint PCS |
| 4669 | 173.149.92.198 | Sprint PCS |
| 4670 | 173.127.108.193 | Sprint PCS |
| 4671 | 66.87.6.67 | Sprint PCS |
| 4672 | 66.87.0.6 | Sprint PCS |
| 4673 | 66.87.2.172 | Sprint PCS |
| 4674 | 173.139.140.88 | Sprint PCS |
| 4675 | 184.204.198.3 | Sprint PCS |
| 4676 | 66.87.6.12 | Sprint PCS |
| 4677 | 66.87.8.255 | Sprint PCS |
| 4678 | 66.87.5.35 | Sprint PCS |
| 4679 | 70.8.0.157 | Sprint PCS |
| 4680 | 66.87.5.240 | Sprint PCS |
| 4681 | 173.128.6.48 | Sprint PCS |
| 4682 | 174.145.189.207 | Sprint PCS |
| 4683 | 66.87.6.109 | Sprint PCS |
| 4684 | 99.203.200.205 | Sprint PCS |
| 4685 | 184.220.12.168 | Sprint PCS |
| 4686 | 66.87.6.40 | Sprint PCS |
| 4687 | 66.87.5.66 | Sprint PCS |
| 4688 | 66.87.1.245 | Sprint PCS |
| 4689 | 173.127.128.49 | Sprint PCS |
| 4690 | 68.28.41.229 | Sprint PCS |
| 4691 | 184.192.19.225 | Sprint PCS |
| 4692 | 68.28.41.228 | Sprint PCS |
| 4693 | 66.87.5.59 | Sprint PCS |
| 4694 | 70.1.192.48 | Sprint PCS |
| 4695 | 184.228.107.1 | Sprint PCS |
| 4696 | 184.202.107.189 | Sprint PCS |
| 4697 | 184.219.42 | Sprint PCS |
| 4698 | 70.0.69.126 | Sprint PCS |
| 4699 | 66.87.2.20 | Sprint PCS |
| 4700 | 108.118.26.116 | Sprint PCS |
| 4701 | 66.87.8.10 | Sprint PCS |
| 4702 | 108.110.219.47 | Sprint PCS |
| 4703 | 108.125.47.99 | Sprint PCS |
| 4704 | 184.196.138.211 | Sprint PCS |
| 4705 | 184.219.252.89 | Sprint PCS |
| 4706 | 108.125.169.71 | Sprint PCS |
| 4707 | 108.115.43.49 | Sprint PCS |

## APPENDIX
## JOHN DOE DEFENDANTS DISMISSED WITHOUT PREJUDICE

| John Doe No. | IP Address | Internet Service Provider |
|---|---|---|
| 4708 | 66.87.5.180 | Sprint PCS |
| 4709 | 184.212.121.104 | Sprint PCS |
| 4710 | 184.193.119.209 | Sprint PCS |
| 4711 | 72.59.79.192 | Sprint PCS |
| 4712 | 173.151.150.161 | Sprint PCS |
| 4712 | 173.151.150.161 | Sprint PCS |
| 4713 | 108.103.142.75 | Sprint PCS |
| 4713 | 108.103.142.75 | Sprint PCS |
| 4714 | 184.214.215.27 | Sprint PCS |
| 4714 | 184.214.215.27 | Sprint PCS |
| 4715 | 184.224.7.156 | Sprint PCS |
| 4716 | 173.153.6.202 | Sprint PCS |
| 4717 | 174.151.221.180 | Sprint PCS |
| 4718 | 184.225.63.36 | Sprint PCS |
| 4719 | 68.28.104.246 | Sprint PCS |
| 4720 | 173.137.245.48 | Sprint PCS |
| 4721 | 99.203.30.8 | Sprint PCS |
| 4722 | 184.219.147.1 | Sprint PCS |
| 4723 | 173.130.2.120 | Sprint PCS |
| 4724 | 66.87.1.73 | Sprint PCS |
| 4725 | 72.60.131.62 | Sprint PCS |
| 4726 | 66.87.5.239 | Sprint PCS |
| 4727 | 66.87.0.85 | Sprint PCS |
| 4728 | 66.87.2.88 | Sprint PCS |
| 4729 | 66.87.2.199 | Sprint PCS |
| 4730 | 66.87.5.194 | Sprint PCS |
| 4731 | 66.87.6.215 | Sprint PCS |
| 4732 | 66.87.4.209 | Sprint PCS |
| 4733 | 184.219.122.19 | Sprint PCS |
| 4734 | 66.87.5.94 | Sprint PCS |
| 4735 | 108.99.131.24 | Sprint PCS |
| 4736 | 66.87.1.51 | Sprint PCS |
| 4737 | 66.87.2.124 | Sprint PCS |
| 4738 | 184.210.165.85 | Sprint PCS |
| 4739 | 66.87.4.252 | Sprint PCS |
| 4740 | 66.87.2.202 | Sprint PCS |
| 4741 | 66.87.5.79 | Sprint PCS |
| 4742 | 173.126.176.70 | Sprint PCS |
| 4743 | 66.87.8.13 | Sprint PCS |
| 4744 | 66.87.2.104 | Sprint PCS |
| 4745 | 66.87.1.99 | Sprint PCS |

**APPENDIX**
**JOHN DOE DEFENDANTS DISMISSED WITHOUT PREJUDICE**

| John Doe No. | IP Address | Internet Service Provider |
|---|---|---|
| 4746 | 173.153.27.39 | Sprint PCS |
| 4747 | 184.194.10.20 | Sprint PCS |
| 4748 | 173.151.156.152 | Sprint PCS |
| 4749 | 66.87.2.217 | Sprint PCS |
| 4750 | 66.87.1.188 | Sprint PCS |
| 4751 | 184.200.69.225 | Sprint PCS |
| 4752 | 66.87.6.127 | Sprint PCS |
| 4753 | 66.87.0.154 | Sprint PCS |
| 4754 | 199.2.58.108 | Sprint PCS |
| 4755 | 66.87.0.58 | Sprint PCS |
| 4756 | 173.128.255.154 | Sprint PCS |
| 4757 | 184.194.156.249 | Sprint PCS |
| 4758 | 205.246.155.44 | Sprint PCS |
| 4759 | 65.165.164.139 | Sprint PCS |
| 4760 | 184.199.48.121 | Sprint PCS |
| 4761 | 174.145.68.236 | Sprint PCS |
| 4762 | 173.151.6.232 | Sprint PCS |
| 4763 | 66.87.6.195 | Sprint PCS |
| 4764 | 66.87.4.236 | Sprint PCS |
| 4765 | 66.87.4.255 | Sprint PCS |
| 4766 | 66.87.6.216 | Sprint PCS |
| 4767 | 66.87.1.157 | Sprint PCS |
| 4768 | 66.87.2.2 | Sprint PCS |
| 4769 | 184.216.217.203 | Sprint PCS |
| 4770 | 108.97.71.178 | Sprint PCS |
| 4771 | 108.104.128.24 | Sprint PCS |
| 4772 | 66.87.4.101 | Sprint PCS |
| 4773 | 66.87.0.70 | Sprint PCS |
| 4774 | 66.87.6.38 | Sprint PCS |
| 4775 | 66.87.2.244 | Sprint PCS |
| 4776 | 184.206.209.220 | Sprint PCS |
| 4777 | 66.87.6.179 | Sprint PCS |
| 4778 | 68.241.186.159 | Sprint PCS |
| 4779 | 66.87.4.185 | Sprint PCS |
| 4780 | 68.27.242.104 | Sprint PCS |
| 4781 | 173.138.83.214 | Sprint PCS |
| 4782 | 173.129.235.157 | Sprint PCS |
| 4783 | 173.129.70.68 | Sprint PCS |
| 4784 | 66.87.1.152 | Sprint PCS |
| 4785 | 66.87.8.63 | Sprint PCS |
| 4786 | 68.27.50.135 | Sprint PCS |

## APPENDIX
## JOHN DOE DEFENDANTS DISMISSED WITHOUT PREJUDICE

| John Doe No. | IP Address | Internet Service Provider |
|---|---|---|
| 4787 | 108.121.12.116 | Sprint PCS |
| 4788 | 70.7.181.24 | Sprint PCS |
| 4789 | 99.203.215.145 | Sprint PCS |
| 4790 | 173.117.199.158 | Sprint PCS |
| 4791 | 174.154.1.180 | Sprint PCS |
| 4792 | 173.117.164.178 | Sprint PCS |
| 4793 | 70.12.134.184 | Sprint PCS |
| 4794 | 70.23.92.193 | Verizon Internet Services |
| 4795 | 71.252.195.242 | Verizon Internet Services |
| 4796 | 71.180.111.246 | Verizon Internet Services |
| 4797 | 108.21.11.14 | Verizon Internet Services |
| 4798 | 108.7.65.126 | Verizon Internet Services |
| 4799 | 96.255.163.49 | Verizon Internet Services |
| 4800 | 108.20.37.227 | Verizon Internet Services |
| 4801 | 74.100.43.76 | Verizon Internet Services |
| 4802 | 71.121.172.24 | Verizon Internet Services |
| 4803 | 71.178.216.208 | Verizon Internet Services |
| 4804 | 98.115.0.102 | Verizon Internet Services |
| 4805 | 96.240.34.120 | Verizon Internet Services |
| 4806 | 98.116.3.29 | Verizon Internet Services |
| 4807 | 96.237.183.106 | Verizon Internet Services |
| 4808 | 71.97.237.114 | Verizon Internet Services |
| 4809 | 108.13.142.168 | Verizon Internet Services |
| 4810 | 96.249.123.105 | Verizon Internet Services |
| 4811 | 98.112.167.190 | Verizon Internet Services |
| 4812 | 72.66.124.150 | Verizon Internet Services |
| 4813 | 70.106.147.209 | Verizon Internet Services |
| 4814 | 72.93.64.238 | Verizon Internet Services |
| 4815 | 173.52.131.125 | Verizon Internet Services |
| 4816 | 108.20.56.89 | Verizon Internet Services |
| 4817 | 108.10.103.246 | Verizon Internet Services |
| 4818 | 96.231.200.251 | Verizon Internet Services |
| 4819 | 71.111.116.85 | Verizon Internet Services |
| 4820 | 173.64.135.83 | Verizon Internet Services |
| 4821 | 173.68.60.151 | Verizon Internet Services |
| 4822 | 98.110.16.218 | Verizon Internet Services |
| 4823 | 173.74.93.254 | Verizon Internet Services |
| 4824 | 108.11.191.189 | Verizon Internet Services |
| 5692 | 65.60.231.184 | WideOpenWest |
| 5693 | 96.27.41.25 | WideOpenWest |
| 5694 | 69.47.148.172 | WideOpenWest |

**APPENDIX**
**JOHN DOE DEFENDANTS DISMISSED WITHOUT PREJUDICE**

| John Doe No. | IP Address | Internet Service Provider |
|---|---|---|
| 5695 | 24.192.250.179 | WideOpenWest |
| 5696 | 75.118.198.88 | WideOpenWest |
| 5697 | 67.149.106.44 | WideOpenWest |
| 5698 | 64.53.235.137 | WideOpenWest |
| 5699 | 69.47.190.77 | WideOpenWest |
| 5700 | 64.53.201.74 | WideOpenWest |
| 5701 | 74.199.71.58 | WideOpenWest |
| 5702 | 24.192.32.54 | WideOpenWest |
| 5703 | 75.118.72.242 | WideOpenWest |
| 5704 | 96.27.5.153 | WideOpenWest |
| 5705 | 96.27.103.94 | WideOpenWest |
| 5706 | 67.149.163.245 | WideOpenWest |
| 5707 | 67.149.57.252 | WideOpenWest |
| 5708 | 75.118.169.103 | WideOpenWest |
| 5709 | 69.47.209.10 | WideOpenWest |
| 5710 | 75.118.194.54 | WideOpenWest |
| 5711 | 69.14.229.136 | WideOpenWest |
| 5712 | 24.192.241.66 | WideOpenWest |
| 5713 | 75.118.18.53 | WideOpenWest |
| 5714 | 67.149.106.99 | WideOpenWest |
| 5715 | 65.60.175.168 | WideOpenWest |
| 5716 | 74.199.109.55 | WideOpenWest |
| 5717 | 67.149.233.12 | WideOpenWest |
| 5718 | 69.47.216.159 | WideOpenWest |
| 5719 | 69.47.124.134 | WideOpenWest |
| 5720 | 67.149.165.93 | WideOpenWest |
| 5721 | 96.27.38.159 | WideOpenWest |
| 5724 | 69.47.242.62 | WideOpenWest |
| 5725 | 75.118.165.8 | WideOpenWest |
| 5726 | 65.60.230.170 | WideOpenWest |
| 5727 | 96.27.178.2 | WideOpenWest |
| 5728 | 75.118.131.59 | WideOpenWest |
| 5729 | 75.118.178.61 | WideOpenWest |
| 5730 | 69.47.140.146 | WideOpenWest |
| 5731 | 96.27.39.206 | WideOpenWest |
| 5732 | 67.149.78.170 | WideOpenWest |
| 5733 | 69.47.255.21 | WideOpenWest |
| 5734 | 64.53.249.189 | WideOpenWest |
| 5735 | 64.53.216.158 | WideOpenWest |
| 5736 | 74.199.77.86 | WideOpenWest |
| 5737 | 98.21.83.162 | Windstream Communications |

### APPENDIX
### JOHN DOE DEFENDANTS DISMISSED WITHOUT PREJUDICE

| John Doe No. | IP Address | Internet Service Provider |
|---|---|---|
| 5738 | 75.91.207.239 | Windstream Communications |
| 5739 | 75.90.119.178 | Windstream Communications |
| 5740 | 72.172.62.204 | Windstream Communications |
| 5741 | 71.28.15.96 | Windstream Communications |
| 5742 | 173.184.41.174 | Windstream Communications |
| 5743 | 71.28.44.170 | Windstream Communications |
| 5744 | 71.28.207.54 | Windstream Communications |
| 5745 | 75.91.88.144 | Windstream Communications |
| 5746 | 98.23.47.38 | Windstream Communications |
| 5747 | 71.28.96.98 | Windstream Communications |
| 5748 | 75.117.0.61 | Windstream Communications |
| 5749 | 72.25.21.49 | Windstream Communications |
| 5750 | 174.130.211.47 | Windstream Communications |
| 5751 | 173.190.244.149 | Windstream Communications |
| 5752 | 173.184.107.121 | Windstream Communications |
| 5753 | 75.91.81.118 | Windstream Communications |
| 5754 | 72.25.47.192 | Windstream Communications |
| 5755 | 173.184.109.127 | Windstream Communications |
| 5756 | 98.22.108.133 | Windstream Communications |
| 5757 | 208.123.189.244 | Windstream Communications |
| 5758 | 75.91.6.155 | Windstream Communications |
| 5759 | 75.88.85.139 | Windstream Communications |
| 5760 | 98.19.227.44 | Windstream Communications |
| 5761 | 173.188.23.35 | Windstream Communications |
| 5762 | 151.213.166.14 | Windstream Communications |
| 5763 | 98.23.76.162 | Windstream Communications |
| 5764 | 174.130.58.42 | Windstream Communications |
| 5765 | 98.19.186.50 | Windstream Communications |
| 5766 | 173.189.196.150 | Windstream Communications |
| 5767 | 151.213.166.70 | Windstream Communications |
| 5768 | 71.28.201.93 | Windstream Communications |
| 5769 | 75.90.234.29 | Windstream Communications |
| 5770 | 98.19.64.249 | Windstream Communications |
| 5771 | 75.90.240.226 | Windstream Communications |
| 5772 | 173.185.140.143 | Windstream Communications |
| 5773 | 173.191.237.48 | Windstream Communications |
| 5774 | 75.117.210.218 | Windstream Communications |
| 5775 | 173.184.99.224 | Windstream Communications |
| 5776 | 98.20.4.14 | Windstream Communications |
| 5777 | 173.184.110.68 | Windstream Communications |
| 5778 | 67.140.37.98 | Windstream Communications |

### APPENDIX
### JOHN DOE DEFENDANTS DISMISSED WITHOUT PREJUDICE

| John Doe No. | IP Address | Internet Service Provider |
|---|---|---|
| 5779 | 173.184.216.55 | Windstream Communications |
| 5780 | 98.21.211.124 | Windstream Communications |
| 5781 | 173.186.216.70 | Windstream Communications |
| 5782 | 166.82.200.201 | Windstream Communications |
| 5783 | 98.22.22.51 | Windstream Communications |
| 5784 | 98.17.67.137 | Windstream Communications |
| 5785 | 71.30.123.61 | Windstream Communications |
| 5786 | 98.16.34.234 | Windstream Communications |
| 5787 | 173.189.220.60 | Windstream Communications |
| 5788 | 174.131.115.214 | Windstream Communications |
| 5789 | 174.130.0.132 | Windstream Communications |
| 5790 | 98.23.163.22 | Windstream Communications |
| 5791 | 174.131.72.105 | Windstream Communications |
| 5792 | 98.19.56.203 | Windstream Communications |
| 5793 | 166.82.164.191 | Windstream Communications |
| 5794 | 75.89.31.78 | Windstream Communications |
| 5795 | 98.17.80.139 | Windstream Communications |
| 5796 | 75.90.93.9 | Windstream Communications |
| 5797 | 75.88.127.141 | Windstream Communications |
| 5798 | 166.82.46.2 | Windstream Communications |
| 5799 | 75.89.174.134 | Windstream Communications |
| 5800 | 71.31.22.213 | Windstream Communications |
| 5801 | 98.19.72.36 | Windstream Communications |
| 5802 | 75.91.152.119 | Windstream Communications |
| 5803 | 98.19.76.100 | Windstream Communications |
| 5804 | 75.91.105.195 | Windstream Communications |
| 5805 | 162.39.107.194 | Windstream Communications |
| 5806 | 173.188.205.225 | Windstream Communications |
| 5807 | 173.187.238.7 | Windstream Communications |
| 5808 | 173.189.12.120 | Windstream Communications |
| 5809 | 75.90.95.162 | Windstream Communications |
| 5810 | 173.189.163.64 | Windstream Communications |
| 5811 | 151.213.216.51 | Windstream Communications |
| 5812 | 151.213.91.3 | Windstream Communications |
| 5813 | 151.213.64.25 | Windstream Communications |
| 5814 | 75.91.84.84 | Windstream Communications |
| 5815 | 98.18.150.156 | Windstream Communications |
| 5816 | 75.90.151.120 | Windstream Communications |
| 5817 | 67.141.134.3 | Windstream Communications |
| 5818 | 208.101.160.228 | Windstream Communications |
| 5819 | 173.189.70.96 | Windstream Communications |

**APPENDIX**
**JOHN DOE DEFENDANTS DISMISSED WITHOUT PREJUDICE**

| John Doe No. | IP Address | Internet Service Provider |
|---|---|---|
| 5820 | 75.90.60.89 | Windstream Communications |
| 5821 | 173.187.145.102 | Windstream Communications |
| 5822 | 71.31.110.102 | Windstream Communications |
| 5823 | 98.22.213.227 | Windstream Communications |
| 5824 | 72.172.28.200 | Windstream Communications |
| 5825 | 71.28.234.249 | Windstream Communications |
| 5826 | 98.21.205.87 | Windstream Communications |
| 5827 | 75.91.95.242 | Windstream Communications |
| 5828 | 98.16.36.130 | Windstream Communications |
| 5829 | 98.21.223.184 | Windstream Communications |