## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| WEST COAST PRODUCTIONS, INC. | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:11-cv-00057-CKK |
| | ) | |
| DOES 1 - 5829 | ) | |
| | ) | |
| **Defendants.** | ) | |

### NOTICE OF DISMISSAL WITH PREJUDICE OF DOE DEFENDANT

Plaintiff hereby files this Notice of Voluntary Dismissal with prejudice of Doe Defendant #2961, as identified in Exhibit A to Plaintiff's Complaint, with an IP address of 68.52.160.172. This Notice of Voluntary Dismissal is specific to the referenced Doe Defendant and **does not apply** to any Defendant other than Doe #2961 having an IP address of 68.52.160.172.

Respectfully submitted,
West Coast Productions, Inc.

DATED: _May 26_, 2011.

By: /s/ _____
Ellis L. Bennett, Esq., Bar #479059
Dunlap Grubb & Weaver, PLLC
199 Liberty Street, SW
Leesburg, VA  20175
ebennett@dglegal.com
703-777-7319 (telephone)
703-777-3656 (fax)

On Behalf of Kenneth J. Ford, *Not Admitted*
Adult Copyright Company
322 W. Washington Street, Suite 8
Charles Town, WV  25414
kford@adultcopyrightcompany.com
304-945-0288 (telephone)
*Attorney for the Plaintiff*

{00618836.3}

*Exhibit A*

### CERTIFICATE OF SERVICE

I hereby certify that on _____ *May 26* _____, 2011, I served a copy of the foregoing document, via email, on:

Stephen J. Zralek, Esq.
Bone McAllester Norton PLLC
Nashville City Center
511 Union St., Ste. 1600
Nashville, TN 37219
szralek@bonelaw.com
*Attorneys for Defendant*

/s/ _____

{00618836.3}

*Exhibit A*