# U.S. DISTRICT COURT FOR THE
# DISTRICT OF COLUMBIA

| | |
|---|---|
| **West Coast Productions, Inc.**  )  )  **Plaintiff,**  )  )  **v.**  )  )  **DOES 1 – 5829**  )  )  **Defendants.**  )  ) | Case Number 1:11-cv-00057-CKK |

## NOTICE OF DIMISSAL OF DOE DEFENDANT 562

Plaintiff hereby files this Notice of Voluntary Dismissal with prejudice of Doe Defendant 562, as identified in Exhibit A to Plaintiff's Complaint, with an IP Address of 67.189.97.60.  This Notice of Voluntary Dismissal is specific to the referenced Doe Defendant and **does not apply** to any Defendant other than Doe 562 having an IP Address of 67.189.97.60.

                                                      Respectfully submitted,
                                                      West Coast Productions, Inc.

**DATED**:  June 28, 2011

                                      By:   /s/_____
                                                     Ellis L. Bennett, Bar #479059
                                                       Dunlap Grubb & Weaver, PLLC
                                                       199 Liberty Street, SW
                                                       Leesburg, VA 20175
                                                       ebennett@dglegal.com
                                                       703-777-7319 (telephone)
                                                       703-777-3656 (fax)

On Behalf of Kenneth J. Ford, *Not Admitted*
Adult Copyright Company
322 W. Washington Street, Suite 8
Charles Town, WV 25414
kford@adultcopyrightcompany.com
304-945-0288 (telephone)
304-945-0288 (select fax option)
*Attorney for the Plaintiff*

2