LAUDERDALE LAW OFFICES
JAMES M. LAUDERDALE 59640
150 Carmelito Avenue
Monterey, CA 93940
(831) 646-1306
Fax 646-1615

Attorney for Elizabeth Brown

*Leave to file granted.*
*Judge CKollar-Kotelly*
*6/26/11*

UNITED STATES DISTRICT COURT

DISTRICT OF COLUMBIA

| | |
|---|---|
| West Coast Productions, Inc., | Civil Action: 1:11-cv-00057-CKK |
| Plaintiff, | **NOTICE OF STAY OF PROCEEDINGS** |
| v. | |
| DOES 1 - 5829, | |
| Defendants. | |

To the court and to all parties:

Declarant James M. Lauderdale is the attorney for Elizabeth Brown aka Betsy Brown.

Ms. Brown filed a chapter 13 bankruptcy in the Northern District of California, San Jose Division on October 21, 2010, a copy of the 341 notice is attached hereto.

I declare under penalty of perjury the foregoing to be true and correct to the best of my knowledge, information, and belief. Executed this 9th day of June, 2011 at Monterey, California.

LAUDERDALE LAW OFFICES

By _____
JAMES M. LAUDERDALE
Attorney for Elizabeth Brown

RECEIVED
Mail Room

JUN 13 2011

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

FORM B9I (Chapter 13 Case) (12/07)          Case Number 10-60924 CN 13

# UNITED STATES BANKRUPTCY COURT
## Northern District of California (San Jose)

## Notice of Chapter 13 Bankruptcy Case, Meeting of Creditors, & Deadlines

The debtor(s) listed below filed a chapter 13 bankruptcy case on 10/21/10.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

### See Reverse Side For Important Explanations

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Elizabeth L. Brown
aka Betsy Brown
3066 Strawberry Hill
Pebble Beach, CA 93953

| Case Number: 10-60924 | Social Security/Individual Taxpayer ID/Employer Tax ID/Other Nos.: xxx-xx-4027 |
|---|---|
| Attorney for Debtor(s) (name and address): James M. Lauderdale, Lauderdale Law Offices, 150 Carmelito Ave., Monterey, CA 93940, Telephone number: (831) 646-1306 | Bankruptcy Trustee (name and address): Devin Derham-Burk, P.O. Box 50013, San Jose, CA 95150-0013, Telephone number: (408) 354-8151 |

### Meeting of Creditors
Date: **December 8, 2010**      Time: **09:45 AM**
Location: **The Quadrangle #214, 1000 S Main St., Salinas, CA 93901**

**Important Notice to Individual Debtors:** The United States Trustee requires all debtors who are individuals to provide government-issued photo identification and proof of social security number to the trustee at the meeting of creditors.

### Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:

**Deadline to File a Proof of Claim:**
For all creditors (except a governmental unit): **3/8/11**     For a governmental unit (except as otherwise provided in Fed. R. Bankr. P. 3002 (c)(1)): **4/19/11**

**Creditor with a Foreign Address:**
A creditor to whom this notice is sent at a foreign address should read the information under "Claims" on the reverse side.

**Deadline to File a Complaint to Determine Dischargeability of Certain Debts: 2/7/11**

The case is subject to dismissal, without further notice, upon failure of the debtor to commence making payments **called for in the plan**, not later than 30 days after the date of the filing of the plan or the order for relief, whichever is earlier. At the confirmation hearing the court may dismiss or convert the case or continue the hearing without prior notice upon a determination the debtor(s) is unable to present a feasible plan. Written objections to confirmation must be filed with the court at or before the Meeting of Creditors and served upon the trustee, Debtor(s), and Debtors' Attorney

**Deadline to Object to Exemptions:**
Thirty (30) days after the *conclusion* of the meeting of creditors.

### Filing of Plan, Hearing on Confirmation of Plan
If the debtor has already filed a proper Chapter 13 Plan, the Plan or a summary of the plan is enclosed. If the debtor has not yet filed a proper Chapter 13 Plan, the Plan or summary will be sent separately. The hearing on confirmation will be held:

Date: **12/15/10**      Time: **02:00 PM**
Location: **U.S. Courthouse and Federal Bldg., 280 S 1st Street, Courtroom 3070 3rd Fl., San Jose, CA 95113**

### Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor, the debtor's property, and certain codebtors. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

| Address of the Bankruptcy Clerk's Office: 280 South First Street, Room 3035, San Jose, CA 95113, Telephone number: 408-278-7500 | For the Court: Clerk of the Bankruptcy Court: Gloria L. Franklin |
|---|---|

LAUDERDALE LAW OFFICES
JAMES M. LAUDERDALE  59640
150 Carmelito Avenue
Monterey, CA  93940
(831) 646-1306
Fax  646-1615

Attorney for Elizabeth Brown

UNITED STATES DISTRICT COURT

DISTRICT OF COLUMBIA

| | |
|---|---|
| West Coast Productions, Inc., | Civil Action:  1:11-cv-00057-CKK |
| Plaintiff, | **CERTIFICATE OF SERVICE BY MAIL** |
| v. | |
| DOES 1 - 5829, | |
| Defendants. | |

I declare that I am employed in the County of Monterey, State of California. I am over the age of eighteen years and not a party to the within entitled case. My business address is 150 Carmelito Avenue, Monterey, California, 93940.

On June 9, 2011, I served the Notice of Stay of Proceedings on all interested parties in said cause, by placing a true copy thereof in a sealed envelope with postage thereon fully prepaid, in the United States mail at Monterey, California, addressed as follows:

Atty. for West Coast Productions:  
Ellis Bennett, Esq.  
DUNLAP, GRUBB & WEAVER, PLLC  
1200 G Street N.W., Suite 800  
Washington, DC  20005

Comcast  
NE&TO  
650 Centerton Road  
Moorestown, NJ  08057

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 9, 2011 at Monterey, California.

/s/ Louise M. Flesvig