# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

WEST COAST PRODUCTIONS, INC.,

     Plaintiff,

     v.

JOHN DOES 1-5829,

     Defendants.

Civil Action No. 11-057 (CKK)

# ORDER
(July 11, 2011)

Plaintiff filed the Complaint in this action on January 10, 2011 against 5829 "John Doe" Defendants alleging that Defendants unlawfully downloaded and/or distributed Plaintiff's copyrighted film using the BitTorrent internet file-sharing protocol.[1]  The Defendants are identified in the Complaint by the internet protocol ("IP") address they used to allegedly share Plaintiff's copyrighted work at a particular date and time.  On February 3, 2011, the Court granted Plaintiff's Motion for Leave to Take Discovery Prior to Rule 26(f) Conference, enabling Plaintiff to serve subpoenas on various internet service providers ("ISPs") for the purpose of obtaining information to identify the John Doe Defendants.  On May 11, 2011, the Court ordered Plaintiff to file a Status Report indicating which John Doe Defendants had been dismissed, which John Doe Defendants had been identified as of May 20, 2011, which John Doe Defendants remained the subject of pending subpoenas, and which John Doe Defendants could not be named

---

[1] Plaintiff has voluntarily dismissed its claims against many of these John Doe Defendants, and the Court has previously ordered that claims against certain John Doe Defendants be dismissed without prejudice pursuant to Rule 4(m).  *See* [86] Order (May 24, 2011).

due to a lack of available information from an ISP.  The Court further ordered Plaintiff to cause

process to be served on all John Doe Defendants who had been identified as of May 20, 2011 or

who could not be named due to lack of available information from an ISP by no later than June

20, 2011, or risk mandatory dismissal with respect to those defendants pursuant to Federal Rule

of Civil Procedure 4(m).  The Court directed Plaintiff to file proof of service with respect to these

John Doe Defendants by no later than June 27, 2011.

On June 1, 2011, Plaintiff filed a Status Report providing the information requested by

the Court.  According to the Status Report, 1156 John Doe Defendants had been dismissed as of

June 1, 2011, and Plaintiff had identified 748 additional John Doe Defendants as of May 20,

2011.  Plaintiff also indicated that 56 John Doe Defendants could not be identified due to lack of

available information from an ISP.  Pursuant to the Court's May 11, 2011 Order, Plaintiff had

until to June 20, 2011 to serve these Defendants and until June 27, 2011 to file proof of service

with the Court.  However, as of the date of this Order, Plaintiff has not filed proof of service with

respect to these Defendants.  Therefore, the Court must dismiss Plaintiff's claims against these

Defendants without prejudice pursuant to Rule 4(m).

With respect to those John Doe Defendants for whom Plaintiff did not receive identifying

information by May 20, 2011, Plaintiff has filed a [129] Motion for Extension of Time to Name

and Serve Defendants.  Pursuant to Rule 4(m), the Court must extend the time for service if the

plaintiff shows good cause for failing to serve defendants within 120 days after the complaint has

been filed.  Plaintiff contends that there is good cause for an extension of time because Plaintiff

is diligently working with ISPs to identify the unknown defendants so that they can be named

and served.  The Court agrees with Plaintiff that there is good cause for an extension of time at

this point with respect to those John Doe defendants who, as of May 20, 2011, remained the subject of pending subpoenas.  However, the Court shall not permit this case to languish on its docket indefinitely.

Accordingly, it is, this 11th day of July, 2011, hereby

**ORDERED** that this action is DISMISSED WITHOUT PREJUDICE with respect to the John Doe Defendants identified in the Appendix attached to this Order.  It is further

**ORDERED** that by July 15, 2011, Plaintiff shall file a Status Report that indicates: (a) which of the John Doe Defendants have been dismissed; (b) which of the John Doe Defendants have been identified as of July 1, 2011; (c) which John Doe Defendants remain the subjects of pending subpoenas; and (d) which John Doe Defendants cannot be named due to lack of available information from an ISP.  It is further

**ORDERED** that by July 29, 2011, Plaintiff shall cause process to be served on all John Doe Defendants who have been identified by Plaintiff as of July 1, 2011 or who cannot be named due to lack of available information from an ISP, or risk mandatory dismissal with respect to those defendants pursuant to Rule 4(m).  Plaintiff shall file proof of service as to these defendants by no later than August 3, 2011.  It is further

**ORDERED** that Plaintiff's [129] Motion for Extension of Time to Name and Serve Defendants is GRANTED.  The deadline to serve all other defendants shall be extended to August 15, 2011.

**SO ORDERED.**

Date:   July 11, 2011                              _____/s/_____
                                                                 COLLEEN KOLLAR-KOTELLY
                                                                 United States District Judge

3

**APPENDIX**

**JOHN DOE DEFENDANTS DISMISSED WITHOUT PREJUDICE**

| John Doe No. | IP Address | Internet Service Provider |
|---|---|---|
| 57 | 71.87.194.234 | Charter Communications |
| 58 | 97.92.194.11 | Charter Communications |
| 59 | 66.188.65.35 | Charter Communications |
| 60 | 71.83.204.251 | Charter Communications |
| 61 | 71.81.205.130 | Charter Communications |
| 62 | 71.82.135.247 | Charter Communications |
| 63 | 24.183.63.31 | Charter Communications |
| 64 | 75.133.83.55 | Charter Communications |
| 65 | 96.41.117.43 | Charter Communications |
| 66 | 71.90.20.171 | Charter Communications |
| 67 | 66.189.40.144 | Charter Communications |
| 68 | 71.80.85.67 | Charter Communications |
| 69 | 71.90.102.99 | Charter Communications |
| 70 | 96.41.208.146 | Charter Communications |
| 71 | 97.80.173.164 | Charter Communications |
| 72 | 24.217.103.154 | Charter Communications |
| 73 | 75.140.100.102 | Charter Communications |
| 74 | 68.186.11.212 | Charter Communications |
| 75 | 97.82.129.114 | Charter Communications |
| 76 | 75.140.152.138 | Charter Communications |
| 77 | 24.178.89.20 | Charter Communications |
| 78 | 75.139.199.241 | Charter Communications |
| 79 | 66.216.249.13 | Charter Communications |
| 80 | 97.89.93.140 | Charter Communications |
| 81 | 97.81.2.111 | Charter Communications |
| 82 | 71.80.186.6 | Charter Communications |
| 83 | 68.187.180.93 | Charter Communications |
| 84 | 71.94.72.36 | Charter Communications |
| 85 | 24.247.196.193 | Charter Communications |
| 86 | 96.37.74.92 | Charter Communications |
| 87 | 24.151.134.43 | Charter Communications |
| 88 | 97.90.71.4 | Charter Communications |
| 89 | 75.130.184.222 | Charter Communications |
| 91 | 75.132.233.250 | Charter Communications |
| 92 | 75.128.43.7 | Charter Communications |
| 93 | 68.119.0.246 | Charter Communications |
| 94 | 71.10.23.114 | Charter Communications |
| 95 | 97.86.18.45 | Charter Communications |
| 96 | 68.118.60.45 | Charter Communications |
| 97 | 68.113.25.7 | Charter Communications |
| 98 | 97.87.139.227 | Charter Communications |
| 99 | 96.36.121.114 | Charter Communications |
| 100 | 75.134.188.146 | Charter Communications |

**APPENDIX**

**JOHN DOE DEFENDANTS DISMISSED WITHOUT PREJUDICE**

| John Doe No. | IP Address | Internet Service Provider |
|---|---|---|
| 101 | 75.138.109.207 | Charter Communications |
| 102 | 71.87.241.120 | Charter Communications |
| 103 | 68.118.8.166 | Charter Communications |
| 104 | 97.80.97.92 | Charter Communications |
| 105 | 24.197.128.69 | Charter Communications |
| 106 | 71.94.237.239 | Charter Communications |
| 839 | 24.4.77.138 | Comcast Cable |
| 840 | 68.43.77.164 | Comcast Cable |
| 841 | 71.57.229.168 | Comcast Cable |
| 842 | 24.9.53.78 | Comcast Cable |
| 843 | 68.42.101.57 | Comcast Cable |
| 844 | 24.147.82.255 | Comcast Cable |
| 845 | 71.202.46.88 | Comcast Cable |
| 846 | 68.58.82.107 | Comcast Cable |
| 847 | 71.231.31.203 | Comcast Cable |
| 848 | 24.127.230.65 | Comcast Cable |
| 849 | 98.246.172.134 | Comcast Cable |
| 850 | 71.227.39.184 | Comcast Cable |
| 851 | 67.175.182.102 | Comcast Cable |
| 852 | 174.55.115.181 | Comcast Cable |
| 853 | 98.222.83.114 | Comcast Cable |
| 854 | 24.15.152.232 | Comcast Cable |
| 855 | 24.118.111.8 | Comcast Cable |
| 856 | 75.72.219.249 | Comcast Cable |
| 857 | 66.41.91.144 | Comcast Cable |
| 858 | 68.38.104.194 | Comcast Cable |
| 859 | 71.232.250.15 | Comcast Cable |
| 860 | 76.101.123.104 | Comcast Cable |
| 861 | 68.59.84.159 | Comcast Cable |
| 863 | 76.107.61.102 | Comcast Cable |
| 864 | 69.136.141.76 | Comcast Cable |
| 865 | 98.204.68.130 | Comcast Cable |
| 866 | 67.174.248.178 | Comcast Cable |
| 867 | 98.237.133.45 | Comcast Cable |
| 868 | 67.166.214.251 | Comcast Cable |
| 869 | 69.140.251.237 | Comcast Cable |
| 870 | 174.54.91.159 | Comcast Cable |
| 871 | 71.203.166.197 | Comcast Cable |
| 872 | 98.238.22.216 | Comcast Cable |
| 873 | 76.22.5.43 | Comcast Cable |
| 874 | 76.23.189.2 | Comcast Cable |
| 875 | 76.116.163.206 | Comcast Cable |
| 877 | 76.115.253.170 | Comcast Cable |

**APPENDIX**
**JOHN DOE DEFENDANTS DISMISSED WITHOUT PREJUDICE**

| John Doe No. | IP Address | Internet Service Provider |
|---|---|---|
| 878 | 24.99.78.82 | Comcast Cable |
| 879 | 67.187.245.136 | Comcast Cable |
| 880 | 68.43.181.197 | Comcast Cable |
| 881 | 76.22.93.119 | Comcast Cable |
| 882 | 67.174.146.63 | Comcast Cable |
| 883 | 24.129.60.225 | Comcast Cable |
| 884 | 24.4.241.23 | Comcast Cable |
| 885 | 71.198.132.71 | Comcast Cable |
| 886 | 24.10.40.113 | Comcast Cable |
| 887 | 75.73.66.219 | Comcast Cable |
| 888 | 98.238.209.186 | Comcast Cable |
| 889 | 68.83.198.57 | Comcast Cable |
| 890 | 76.102.243.95 | Comcast Cable |
| 891 | 69.253.27.120 | Comcast Cable |
| 893 | 71.59.2.248 | Comcast Cable |
| 894 | 76.27.220.248 | Comcast Cable |
| 895 | 24.17.73.209 | Comcast Cable |
| 896 | 98.232.224.101 | Comcast Cable |
| 897 | 71.197.111.219 | Comcast Cable |
| 898 | 76.118.241.100 | Comcast Cable |
| 899 | 67.183.183.164 | Comcast Cable |
| 900 | 98.207.229.103 | Comcast Cable |
| 901 | 68.51.229.141 | Comcast Cable |
| 902 | 67.168.0.112 | Comcast Cable |
| 903 | 98.243.11.168 | Comcast Cable |
| 904 | 98.228.22.111 | Comcast Cable |
| 905 | 76.18.163.251 | Comcast Cable |
| 906 | 76.110.108.10 | Comcast Cable |
| 907 | 76.124.97.51 | Comcast Cable |
| 908 | 24.10.32.209 | Comcast Cable |
| 909 | 76.101.124.99 | Comcast Cable |
| 910 | 174.55.106.23 | Comcast Cable |
| 911 | 69.136.142.55 | Comcast Cable |
| 912 | 98.206.50.36 | Comcast Cable |
| 913 | 71.224.185.101 | Comcast Cable |
| 914 | 24.1.193.80 | Comcast Cable |
| 915 | 66.41.70.38 | Comcast Cable |
| 916 | 71.201.126.52 | Comcast Cable |
| 917 | 75.74.139.163 | Comcast Cable |
| 918 | 68.57.178.197 | Comcast Cable |
| 919 | 24.91.62.176 | Comcast Cable |
| 920 | 24.22.62.191 | Comcast Cable |
| 921 | 75.72.18.38 | Comcast Cable |

**APPENDIX**
**JOHN DOE DEFENDANTS DISMISSED WITHOUT PREJUDICE**

| John Doe No. | IP Address | Internet Service Provider |
|:---:|:---:|:---:|
| 922 | 67.180.1.124 | Comcast Cable |
| 923 | 66.229.61.25 | Comcast Cable |
| 924 | 71.192.172.187 | Comcast Cable |
| 925 | 75.70.222.21 | Comcast Cable |
| 926 | 24.60.10.224 | Comcast Cable |
| 927 | 69.249.236.30 | Comcast Cable |
| 928 | 71.194.75.231 | Comcast Cable |
| 929 | 69.141.144.39 | Comcast Cable |
| 930 | 98.229.14.76 | Comcast Cable |
| 931 | 67.186.151.44 | Comcast Cable |
| 932 | 98.250.110.3 | Comcast Cable |
| 933 | 71.63.94.8 | Comcast Cable |
| 934 | 76.109.42.198 | Comcast Cable |
| 935 | 24.0.1.128 | Comcast Cable |
| 936 | 24.91.122.68 | Comcast Cable |
| 937 | 66.177.52.57 | Comcast Cable |
| 938 | 69.143.203.241 | Comcast Cable |
| 939 | 67.187.229.54 | Comcast Cable |
| 940 | 68.48.36.254 | Comcast Cable |
| 941 | 67.169.249.84 | Comcast Cable |
| 942 | 71.58.124.186 | Comcast Cable |
| 943 | 24.18.251.18 | Comcast Cable |
| 944 | 76.125.32.110 | Comcast Cable |
| 945 | 76.21.78.135 | Comcast Cable |
| 946 | 69.140.40.209 | Comcast Cable |
| 947 | 67.173.162.79 | Comcast Cable |
| 948 | 71.200.153.109 | Comcast Cable |
| 949 | 174.49.197.6 | Comcast Cable |
| 950 | 98.245.105.83 | Comcast Cable |
| 951 | 24.19.250.88 | Comcast Cable |
| 952 | 98.224.109.208 | Comcast Cable |
| 953 | 68.59.17.138 | Comcast Cable |
| 954 | 98.233.56.8 | Comcast Cable |
| 955 | 174.49.14.68 | Comcast Cable |
| 956 | 71.196.75.186 | Comcast Cable |
| 957 | 71.228.119.219 | Comcast Cable |
| 958 | 24.12.208.185 | Comcast Cable |
| 959 | 76.22.159.128 | Comcast Cable |
| 960 | 98.223.103.33 | Comcast Cable |
| 961 | 76.24.235.46 | Comcast Cable |
| 962 | 76.24.66.202 | Comcast Cable |
| 963 | 71.205.179.194 | Comcast Cable |
| 964 | 98.209.24.177 | Comcast Cable |

**APPENDIX**
**JOHN DOE DEFENDANTS DISMISSED WITHOUT PREJUDICE**

| John Doe No. | IP Address | Internet Service Provider |
|---|---|---|
| 965 | 69.243.237.242 | Comcast Cable |
| 966 | 174.49.16.10 | Comcast Cable |
| 967 | 98.234.179.125 | Comcast Cable |
| 968 | 24.34.149.50 | Comcast Cable |
| 969 | 98.232.160.248 | Comcast Cable |
| 970 | 24.6.239.67 | Comcast Cable |
| 971 | 98.247.233.113 | Comcast Cable |
| 972 | 24.19.149.250 | Comcast Cable |
| 973 | 67.185.120.78 | Comcast Cable |
| 974 | 24.23.163.132 | Comcast Cable |
| 975 | 98.227.17.181 | Comcast Cable |
| 976 | 71.195.33.117 | Comcast Cable |
| 977 | 68.40.18.54 | Comcast Cable |
| 978 | 69.143.51.1 | Comcast Cable |
| 979 | 174.61.78.58 | Comcast Cable |
| 980 | 71.238.2.168 | Comcast Cable |
| 981 | 69.246.232.193 | Comcast Cable |
| 982 | 67.185.40.243 | Comcast Cable |
| 983 | 71.192.189.43 | Comcast Cable |
| 984 | 98.220.20.211 | Comcast Cable |
| 985 | 76.99.25.203 | Comcast Cable |
| 986 | 24.21.207.105 | Comcast Cable |
| 987 | 98.244.142.24 | Comcast Cable |
| 988 | 71.207.55.151 | Comcast Cable |
| 989 | 69.245.160.182 | Comcast Cable |
| 990 | 98.212.17.149 | Comcast Cable |
| 991 | 76.110.48.192 | Comcast Cable |
| 992 | 68.83.168.204 | Comcast Cable |
| 993 | 174.60.101.249 | Comcast Cable |
| 994 | 98.224.57.143 | Comcast Cable |
| 995 | 98.192.51.67 | Comcast Cable |
| 996 | 67.190.96.226 | Comcast Cable |
| 997 | 76.109.206.86 | Comcast Cable |
| 998 | 98.247.170.47 | Comcast Cable |
| 999 | 24.147.8.222 | Comcast Cable |
| 1000 | 68.42.204.18 | Comcast Cable |
| 1001 | 76.105.154.237 | Comcast Cable |
| 1002 | 24.15.103.175 | Comcast Cable |
| 1003 | 98.242.58.160 | Comcast Cable |
| 1004 | 75.74.109.164 | Comcast Cable |
| 1005 | 68.80.119.10 | Comcast Cable |
| 1006 | 68.41.228.80 | Comcast Cable |
| 1007 | 98.235.40.9 | Comcast Cable |

**APPENDIX**
**JOHN DOE DEFENDANTS DISMISSED WITHOUT PREJUDICE**

| John Doe No. | IP Address | Internet Service Provider |
|---|---|---|
| 1008 | 98.207.94.112 | Comcast Cable |
| 1009 | 98.196.248.183 | Comcast Cable |
| 1010 | 76.115.4.176 | Comcast Cable |
| 1011 | 24.99.5.141 | Comcast Cable |
| 1012 | 98.245.230.55 | Comcast Cable |
| 1013 | 98.233.45.49 | Comcast Cable |
| 1014 | 67.191.210.253 | Comcast Cable |
| 1015 | 71.227.103.184 | Comcast Cable |
| 1016 | 98.192.53.201 | Comcast Cable |
| 1017 | 76.25.171.108 | Comcast Cable |
| 1018 | 67.169.146.79 | Comcast Cable |
| 1019 | 24.125.197.167 | Comcast Cable |
| 1020 | 67.177.18.189 | Comcast Cable |
| 1021 | 67.162.250.20 | Comcast Cable |
| 1022 | 98.239.179.17 | Comcast Cable |
| 1023 | 24.6.141.110 | Comcast Cable |
| 1024 | 68.34.178.19 | Comcast Cable |
| 1025 | 98.222.43.240 | Comcast Cable |
| 1026 | 71.63.18.197 | Comcast Cable |
| 1027 | 98.223.7.121 | Comcast Cable |
| 1028 | 69.136.105.174 | Comcast Cable |
| 1029 | 71.227.183.4 | Comcast Cable |
| 1030 | 68.59.249.57 | Comcast Cable |
| 1031 | 69.142.146.202 | Comcast Cable |
| 1032 | 98.252.137.50 | Comcast Cable |
| 1033 | 76.110.69.236 | Comcast Cable |
| 1034 | 98.195.157.254 | Comcast Cable |
| 1035 | 76.122.45.157 | Comcast Cable |
| 1036 | 67.175.58.200 | Comcast Cable |
| 1037 | 67.165.240.148 | Comcast Cable |
| 1038 | 67.186.210.78 | Comcast Cable |
| 1039 | 67.174.116.102 | Comcast Cable |
| 1040 | 76.125.109.170 | Comcast Cable |
| 1041 | 24.21.200.102 | Comcast Cable |
| 1042 | 98.215.70.75 | Comcast Cable |
| 1043 | 76.127.142.182 | Comcast Cable |
| 1044 | 24.10.129.146 | Comcast Cable |
| 1045 | 76.18.126.148 | Comcast Cable |
| 1046 | 24.5.87.190 | Comcast Cable |
| 1047 | 76.127.58.25 | Comcast Cable |
| 1048 | 71.57.140.21 | Comcast Cable |
| 1049 | 98.240.201.26 | Comcast Cable |
| 1050 | 98.212.246.221 | Comcast Cable |

**APPENDIX**

**JOHN DOE DEFENDANTS DISMISSED WITHOUT PREJUDICE**

| John Doe No. | IP Address | Internet Service Provider |
|---|---|---|
| 1051 | 68.57.198.108 | Comcast Cable |
| 1052 | 98.250.146.157 | Comcast Cable |
| 1053 | 76.31.204.210 | Comcast Cable |
| 1054 | 69.246.69.160 | Comcast Cable |
| 1055 | 76.127.240.221 | Comcast Cable |
| 1056 | 24.16.99.217 | Comcast Cable |
| 1057 | 71.192.238.110 | Comcast Cable |
| 1058 | 76.112.228.45 | Comcast Cable |
| 1059 | 67.173.88.20 | Comcast Cable |
| 1060 | 71.199.74.186 | Comcast Cable |
| 1061 | 75.68.196.114 | Comcast Cable |
| 1062 | 24.126.183.55 | Comcast Cable |
| 1063 | 76.27.234.198 | Comcast Cable |
| 1064 | 98.206.74.96 | Comcast Cable |
| 1065 | 67.171.28.36 | Comcast Cable |
| 1066 | 98.198.9.245 | Comcast Cable |
| 1067 | 98.238.227.13 | Comcast Cable |
| 1068 | 67.175.234.132 | Comcast Cable |
| 1069 | 69.249.168.64 | Comcast Cable |
| 1070 | 24.13.163.157 | Comcast Cable |
| 1071 | 24.60.205.57 | Comcast Cable |
| 1072 | 68.59.41.168 | Comcast Cable |
| 1073 | 98.202.35.27 | Comcast Cable |
| 1074 | 24.20.84.239 | Comcast Cable |
| 1075 | 76.109.120.65 | Comcast Cable |
| 1076 | 69.142.29.146 | Comcast Cable |
| 1078 | 76.28.170.38 | Comcast Cable |
| 1079 | 98.240.204.43 | Comcast Cable |
| 1080 | 76.122.60.17 | Comcast Cable |
| 1081 | 174.55.46.124 | Comcast Cable |
| 1082 | 68.60.8.165 | Comcast Cable |
| 1083 | 174.48.170.91 | Comcast Cable |
| 1084 | 98.246.6.254 | Comcast Cable |
| 1085 | 76.21.106.117 | Comcast Cable |
| 1086 | 24.6.237.140 | Comcast Cable |
| 1088 | 67.190.108.252 | Comcast Cable |
| 1089 | 68.56.1.80 | Comcast Cable |
| 1090 | 24.5.247.188 | Comcast Cable |
| 1091 | 75.71.119.251 | Comcast Cable |
| 1092 | 24.8.67.31 | Comcast Cable |
| 1093 | 24.1.176.162 | Comcast Cable |
| 1094 | 76.104.140.10 | Comcast Cable |
| 1095 | 71.207.116.44 | Comcast Cable |

**APPENDIX**
**JOHN DOE DEFENDANTS DISMISSED WITHOUT PREJUDICE**

| John Doe No. | IP Address | Internet Service Provider |
|---|---|---|
| 1096 | 71.203.147.244 | Comcast Cable |
| 1097 | 98.224.42.207 | Comcast Cable |
| 1098 | 68.43.90.22 | Comcast Cable |
| 1099 | 67.163.92.155 | Comcast Cable |
| 1100 | 76.104.50.111 | Comcast Cable |
| 1101 | 76.114.48.147 | Comcast Cable |
| 1102 | 98.235.178.114 | Comcast Cable |
| 1103 | 24.19.145.85 | Comcast Cable |
| 1104 | 24.99.133.140 | Comcast Cable |
| 1105 | 68.50.190.34 | Comcast Cable |
| 1106 | 71.196.144.59 | Comcast Cable |
| 1107 | 67.188.53.166 | Comcast Cable |
| 1108 | 76.110.237.148 | Comcast Cable |
| 1109 | 98.245.62.185 | Comcast Cable |
| 1110 | 98.238.140.166 | Comcast Cable |
| 1111 | 71.224.70.30 | Comcast Cable |
| 1112 | 68.33.81.54 | Comcast Cable |
| 1113 | 98.248.93.95 | Comcast Cable |
| 1114 | 98.248.174.217 | Comcast Cable |
| 1115 | 24.20.121.76 | Comcast Cable |
| 1116 | 24.14.83.182 | Comcast Cable |
| 1117 | 67.168.164.153 | Comcast Cable |
| 1118 | 67.172.187.54 | Comcast Cable |
| 1119 | 98.213.46.79 | Comcast Cable |
| 1120 | 68.48.139.46 | Comcast Cable |
| 1121 | 98.243.98.223 | Comcast Cable |
| 1122 | 98.243.242.148 | Comcast Cable |
| 1123 | 71.234.242.212 | Comcast Cable |
| 1124 | 98.217.67.160 | Comcast Cable |
| 1125 | 98.254.242.12 | Comcast Cable |
| 1126 | 98.254.99.36 | Comcast Cable |
| 1127 | 98.201.24.125 | Comcast Cable |
| 1128 | 24.127.248.229 | Comcast Cable |
| 1129 | 76.24.169.25 | Comcast Cable |
| 1130 | 71.59.176.56 | Comcast Cable |
| 1131 | 71.56.125.66 | Comcast Cable |
| 1132 | 68.84.190.225 | Comcast Cable |
| 1133 | 67.170.3.67 | Comcast Cable |
| 1134 | 67.162.172.5 | Comcast Cable |
| 1135 | 67.189.86.19 | Comcast Cable |
| 1136 | 67.170.61.75 | Comcast Cable |
| 1137 | 76.99.26.91 | Comcast Cable |
| 1138 | 76.115.154.165 | Comcast Cable |

**APPENDIX**
**JOHN DOE DEFENDANTS DISMISSED WITHOUT PREJUDICE**

| John Doe No. | IP Address | Internet Service Provider |
|---|---|---|
| 1139 | 24.19.100.84 | Comcast Cable |
| 1140 | 71.194.86.138 | Comcast Cable |
| 1141 | 75.71.234.98 | Comcast Cable |
| 1142 | 98.234.14.71 | Comcast Cable |
| 1143 | 76.21.94.160 | Comcast Cable |
| 1144 | 24.7.197.111 | Comcast Cable |
| 1145 | 24.11.113.239 | Comcast Cable |
| 1146 | 71.57.204.28 | Comcast Cable |
| 1147 | 67.191.73.135 | Comcast Cable |
| 1149 | 66.176.52.109 | Comcast Cable |
| 1150 | 24.16.115.241 | Comcast Cable |
| 1151 | 68.57.177.73 | Comcast Cable |
| 1152 | 98.223.176.172 | Comcast Cable |
| 1153 | 76.26.180.236 | Comcast Cable |
| 1154 | 67.175.116.25 | Comcast Cable |
| 1155 | 98.234.146.191 | Comcast Cable |
| 1156 | 66.41.240.238 | Comcast Cable |
| 1157 | 98.209.232.249 | Comcast Cable |
| 1158 | 98.217.178.208 | Comcast Cable |
| 1159 | 69.142.46.82 | Comcast Cable |
| 1160 | 69.136.164.99 | Comcast Cable |
| 1161 | 174.50.96.59 | Comcast Cable |
| 1162 | 98.212.82.82 | Comcast Cable |
| 1163 | 24.14.182.144 | Comcast Cable |
| 1164 | 98.193.144.92 | Comcast Cable |
| 1165 | 71.232.239.31 | Comcast Cable |
| 1166 | 67.169.224.58 | Comcast Cable |
| 1167 | 98.202.215.172 | Comcast Cable |
| 1168 | 98.234.180.96 | Comcast Cable |
| 1169 | 71.200.10.75 | Comcast Cable |
| 1170 | 67.172.38.253 | Comcast Cable |
| 1171 | 69.142.19.71 | Comcast Cable |
| 1173 | 69.246.52.213 | Comcast Cable |
| 1174 | 68.63.99.55 | Comcast Cable |
| 1175 | 68.41.173.174 | Comcast Cable |
| 1176 | 71.204.95.17 | Comcast Cable |
| 1177 | 71.201.105.67 | Comcast Cable |
| 1178 | 69.136.254.178 | Comcast Cable |
| 1179 | 98.245.191.5 | Comcast Cable |
| 1180 | 67.188.225.147 | Comcast Cable |
| 1181 | 24.130.67.78 | Comcast Cable |
| 1182 | 98.242.154.176 | Comcast Cable |
| 1183 | 24.22.95.55 | Comcast Cable |

**APPENDIX**
**JOHN DOE DEFENDANTS DISMISSED WITHOUT PREJUDICE**

| John Doe No. | IP Address | Internet Service Provider |
|:---:|:---:|:---:|
| 1184 | 67.169.67.197 | Comcast Cable |
| 1185 | 98.239.179.94 | Comcast Cable |
| 1186 | 98.247.134.198 | Comcast Cable |
| 1187 | 71.202.123.31 | Comcast Cable |
| 1188 | 71.202.184.158 | Comcast Cable |
| 1189 | 76.125.176.88 | Comcast Cable |
| 1190 | 24.30.106.18 | Comcast Cable |
| 1191 | 76.102.35.240 | Comcast Cable |
| 1192 | 67.185.246.209 | Comcast Cable |
| 1193 | 71.59.147.228 | Comcast Cable |
| 1194 | 174.55.112.95 | Comcast Cable |
| 1195 | 174.55.18.25 | Comcast Cable |
| 1196 | 71.236.232.179 | Comcast Cable |
| 1197 | 71.230.10.35 | Comcast Cable |
| 1198 | 76.25.185.236 | Comcast Cable |
| 1199 | 98.247.234.151 | Comcast Cable |
| 1200 | 174.54.37.10 | Comcast Cable |
| 1201 | 98.222.97.187 | Comcast Cable |
| 1202 | 76.30.76.213 | Comcast Cable |
| 1203 | 66.229.80.168 | Comcast Cable |
| 1204 | 174.56.93.137 | Comcast Cable |
| 1205 | 75.73.185.236 | Comcast Cable |
| 1206 | 98.202.82.235 | Comcast Cable |
| 1207 | 98.193.35.111 | Comcast Cable |
| 1208 | 174.48.172.200 | Comcast Cable |
| 1209 | 68.35.21.143 | Comcast Cable |
| 1210 | 71.230.99.133 | Comcast Cable |
| 1211 | 71.207.228.208 | Comcast Cable |
| 1212 | 71.236.166.121 | Comcast Cable |
| 1213 | 98.192.93.213 | Comcast Cable |
| 1214 | 68.38.52.114 | Comcast Cable |
| 1215 | 71.62.30.65 | Comcast Cable |
| 1216 | 98.206.19.98 | Comcast Cable |
| 1217 | 71.231.191.56 | Comcast Cable |
| 1218 | 24.1.84.21 | Comcast Cable |
| 1219 | 71.59.221.39 | Comcast Cable |
| 1220 | 24.14.177.56 | Comcast Cable |
| 1221 | 76.25.133.164 | Comcast Cable |
| 1222 | 71.206.187.40 | Comcast Cable |
| 1223 | 24.17.134.61 | Comcast Cable |
| 1224 | 76.109.88.114 | Comcast Cable |
| 1225 | 174.55.255.211 | Comcast Cable |
| 1226 | 75.68.229.17 | Comcast Cable |

**APPENDIX**
**JOHN DOE DEFENDANTS DISMISSED WITHOUT PREJUDICE**

| John Doe No. | IP Address | Internet Service Provider |
|---|---|---|
| 1227 | 65.96.158.188 | Comcast Cable |
| 1228 | 24.18.3.152 | Comcast Cable |
| 1229 | 76.102.44.203 | Comcast Cable |
| 1230 | 75.71.247.58 | Comcast Cable |
| 1231 | 98.208.53.175 | Comcast Cable |
| 1232 | 76.97.144.47 | Comcast Cable |
| 1233 | 67.163.86.189 | Comcast Cable |
| 1234 | 24.22.155.241 | Comcast Cable |
| 1235 | 24.23.113.28 | Comcast Cable |
| 1236 | 67.181.215.100 | Comcast Cable |
| 1237 | 24.9.86.41 | Comcast Cable |
| 1238 | 76.107.33.253 | Comcast Cable |
| 1239 | 24.6.232.231 | Comcast Cable |
| 1240 | 68.37.157.151 | Comcast Cable |
| 1241 | 98.236.23.252 | Comcast Cable |
| 1242 | 67.169.60.226 | Comcast Cable |
| 1243 | 98.225.49.230 | Comcast Cable |
| 1244 | 98.202.223.129 | Comcast Cable |
| 1245 | 24.99.218.166 | Comcast Cable |
| 1246 | 98.232.41.156 | Comcast Cable |
| 1247 | 68.35.164.34 | Comcast Cable |
| 1248 | 75.66.148.89 | Comcast Cable |
| 1249 | 71.226.219.172 | Comcast Cable |
| 1250 | 98.214.70.38 | Comcast Cable |
| 1251 | 98.213.251.225 | Comcast Cable |
| 1252 | 98.231.251.129 | Comcast Cable |
| 1254 | 68.62.166.90 | Comcast Cable |
| 1255 | 75.65.80.254 | Comcast Cable |
| 1256 | 76.22.196.203 | Comcast Cable |
| 1257 | 98.254.11.89 | Comcast Cable |
| 1258 | 71.199.77.62 | Comcast Cable |
| 1259 | 67.169.150.133 | Comcast Cable |
| 1260 | 98.207.223.149 | Comcast Cable |
| 1261 | 68.52.200.254 | Comcast Cable |
| 1262 | 76.25.33.192 | Comcast Cable |
| 1263 | 67.164.205.66 | Comcast Cable |
| 1264 | 76.111.12.10 | Comcast Cable |
| 1265 | 98.207.176.51 | Comcast Cable |
| 1266 | 75.71.200.78 | Comcast Cable |
| 1267 | 24.4.61.240 | Comcast Cable |
| 1268 | 76.20.249.162 | Comcast Cable |
| 1269 | 76.99.244.56 | Comcast Cable |
| 1270 | 76.122.24.13 | Comcast Cable |

# APPENDIX
## JOHN DOE DEFENDANTS DISMISSED WITHOUT PREJUDICE

| John Doe No. | IP Address | Internet Service Provider |
| --- | --- | --- |
| 1271 | 24.60.218.30 | Comcast Cable |
| 1272 | 76.115.238.209 | Comcast Cable |
| 1273 | 67.169.150.63 | Comcast Cable |
| 1275 | 71.200.96.14 | Comcast Cable |
| 1276 | 98.255.67.69 | Comcast Cable |
| 1277 | 68.80.86.5 | Comcast Cable |
| 1278 | 98.255.75.133 | Comcast Cable |
| 1279 | 76.104.3.160 | Comcast Cable |
| 1280 | 98.192.135.13 | Comcast Cable |
| 1281 | 24.12.102.217 | Comcast Cable |
| 1283 | 67.168.69.75 | Comcast Cable |
| 1284 | 71.228.136.57 | Comcast Cable |
| 1285 | 71.231.245.107 | Comcast Cable |
| 1286 | 69.137.91.14 | Comcast Cable |
| 1287 | 76.31.13.127 | Comcast Cable |
| 1288 | 71.202.45.162 | Comcast Cable |
| 1289 | 174.52.244.20 | Comcast Cable |
| 1290 | 67.185.235.50 | Comcast Cable |
| 1291 | 75.71.64.233 | Comcast Cable |
| 1292 | 98.219.210.47 | Comcast Cable |
| 1293 | 76.25.92.14 | Comcast Cable |
| 1294 | 76.105.232.149 | Comcast Cable |
| 1295 | 24.23.245.41 | Comcast Cable |
| 1296 | 69.247.31.214 | Comcast Cable |
| 1297 | 98.233.189.88 | Comcast Cable |
| 1298 | 98.192.60.137 | Comcast Cable |
| 1299 | 24.147.76.188 | Comcast Cable |
| 1300 | 24.19.89.54 | Comcast Cable |
| 1301 | 71.194.86.86 | Comcast Cable |
| 1302 | 76.125.217.238 | Comcast Cable |
| 1303 | 98.209.23.72 | Comcast Cable |
| 1304 | 71.59.11.16 | Comcast Cable |
| 1305 | 67.183.217.237 | Comcast Cable |
| 1306 | 68.36.22.145 | Comcast Cable |
| 1307 | 98.200.229.232 | Comcast Cable |
| 1308 | 24.18.38.2 | Comcast Cable |
| 1309 | 75.71.188.40 | Comcast Cable |
| 1310 | 76.19.79.248 | Comcast Cable |
| 1311 | 24.23.224.64 | Comcast Cable |
| 1312 | 68.63.46.113 | Comcast Cable |
| 1313 | 71.202.30.7 | Comcast Cable |
| 1314 | 24.60.247.176 | Comcast Cable |
| 1315 | 98.207.223.107 | Comcast Cable |

**APPENDIX**

**JOHN DOE DEFENDANTS DISMISSED WITHOUT PREJUDICE**

| John Doe No. | IP Address | Internet Service Provider |
|---|---|---|
| 1316 | 24.3.197.166 | Comcast Cable |
| 1317 | 76.124.24.196 | Comcast Cable |
| 1318 | 75.69.229.225 | Comcast Cable |
| 1319 | 67.164.149.33 | Comcast Cable |
| 1320 | 98.216.240.184 | Comcast Cable |
| 1321 | 76.104.159.62 | Comcast Cable |
| 1322 | 24.131.104.169 | Comcast Cable |
| 1323 | 76.20.242.145 | Comcast Cable |
| 1324 | 98.201.102.189 | Comcast Cable |
| 1325 | 68.56.114.203 | Comcast Cable |
| 1326 | 71.226.13.226 | Comcast Cable |
| 1327 | 98.213.248.54 | Comcast Cable |
| 1328 | 67.171.97.53 | Comcast Cable |
| 1329 | 98.196.151.198 | Comcast Cable |
| 1330 | 76.120.220.50 | Comcast Cable |
| 1331 | 68.48.8.90 | Comcast Cable |
| 1332 | 24.22.9.205 | Comcast Cable |
| 1333 | 76.127.156.176 | Comcast Cable |
| 1334 | 98.199.96.120 | Comcast Cable |
| 1335 | 76.121.158.1 | Comcast Cable |
| 1336 | 68.40.132.98 | Comcast Cable |
| 1337 | 67.169.144.228 | Comcast Cable |
| 1338 | 98.192.160.96 | Comcast Cable |
| 1339 | 71.193.204.231 | Comcast Cable |
| 1340 | 69.138.78.78 | Comcast Cable |
| 1341 | 76.103.18.110 | Comcast Cable |
| 1342 | 76.102.102.200 | Comcast Cable |
| 1343 | 24.13.62.161 | Comcast Cable |
| 1344 | 98.217.221.104 | Comcast Cable |
| 1345 | 76.105.63.176 | Comcast Cable |
| 1346 | 76.26.6.234 | Comcast Cable |
| 1347 | 66.30.90.228 | Comcast Cable |
| 1348 | 68.82.8.215 | Comcast Cable |
| 1349 | 24.16.206.237 | Comcast Cable |
| 1350 | 76.17.236.196 | Comcast Cable |
| 1351 | 98.232.57.255 | Comcast Cable |
| 1352 | 76.110.136.8 | Comcast Cable |
| 1353 | 67.161.83.42 | Comcast Cable |
| 1354 | 76.22.18.233 | Comcast Cable |
| 1355 | 71.57.227.149 | Comcast Cable |
| 1356 | 66.229.76.175 | Comcast Cable |
| 1357 | 24.13.129.133 | Comcast Cable |
| 1358 | 76.18.207.150 | Comcast Cable |

**APPENDIX**
**JOHN DOE DEFENDANTS DISMISSED WITHOUT PREJUDICE**

| John Doe No. | IP Address | Internet Service Provider |
|---|---|---|
| 1359 | 67.173.87.80 | Comcast Cable |
| 1360 | 98.226.178.188 | Comcast Cable |
| 1361 | 68.47.205.10 | Comcast Cable |
| 1362 | 69.136.140.241 | Comcast Cable |
| 1363 | 71.194.153.212 | Comcast Cable |
| 1364 | 24.4.243.18 | Comcast Cable |
| 1365 | 76.101.147.85 | Comcast Cable |
| 1366 | 67.161.19.234 | Comcast Cable |
| 1367 | 76.105.13.56 | Comcast Cable |
| 1368 | 98.216.36.133 | Comcast Cable |
| 1369 | 68.52.228.114 | Comcast Cable |
| 1370 | 67.188.39.52 | Comcast Cable |
| 1371 | 98.206.188.170 | Comcast Cable |
| 1372 | 98.232.205.132 | Comcast Cable |
| 1373 | 98.248.173.105 | Comcast Cable |
| 1374 | 98.234.115.111 | Comcast Cable |
| 1375 | 98.207.49.251 | Comcast Cable |
| 1376 | 98.210.204.250 | Comcast Cable |
| 1377 | 68.42.122.184 | Comcast Cable |
| 1378 | 69.250.83.90 | Comcast Cable |
| 1379 | 24.127.230.129 | Comcast Cable |
| 1380 | 76.123.212.189 | Comcast Cable |
| 1381 | 24.18.69.69 | Comcast Cable |
| 1382 | 24.14.107.4 | Comcast Cable |
| 1383 | 67.169.1.30 | Comcast Cable |
| 1384 | 68.80.106.29 | Comcast Cable |
| 1385 | 24.91.239.216 | Comcast Cable |
| 1386 | 71.199.49.206 | Comcast Cable |
| 1387 | 98.192.160.70 | Comcast Cable |
| 1388 | 24.10.18.48 | Comcast Cable |
| 1389 | 75.71.226.38 | Comcast Cable |
| 1390 | 76.121.140.237 | Comcast Cable |
| 1391 | 75.68.100.169 | Comcast Cable |
| 1392 | 68.34.55.247 | Comcast Cable |
| 1393 | 174.60.130.216 | Comcast Cable |
| 1394 | 24.15.25.106 | Comcast Cable |
| 1395 | 98.242.119.36 | Comcast Cable |
| 1396 | 69.137.250.128 | Comcast Cable |
| 1397 | 71.60.45.221 | Comcast Cable |
| 1398 | 71.202.255.134 | Comcast Cable |
| 1399 | 98.238.230.35 | Comcast Cable |
| 1400 | 98.213.114.182 | Comcast Cable |
| 1401 | 68.60.102.84 | Comcast Cable |

**APPENDIX**
**JOHN DOE DEFENDANTS DISMISSED WITHOUT PREJUDICE**

| John Doe No. | IP Address | Internet Service Provider |
|---|---|---|
| 1402 | 98.193.35.107 | Comcast Cable |
| 1403 | 71.235.100.126 | Comcast Cable |
| 1404 | 69.243.170.138 | Comcast Cable |
| 1405 | 98.230.179.148 | Comcast Cable |
| 1406 | 76.24.189.177 | Comcast Cable |
| 1407 | 24.60.251.200 | Comcast Cable |
| 1408 | 69.253.130.202 | Comcast Cable |
| 1409 | 98.195.147.49 | Comcast Cable |
| 1410 | 76.105.46.38 | Comcast Cable |
| 1411 | 75.71.205.51 | Comcast Cable |
| 1412 | 24.245.24.112 | Comcast Cable |
| 1413 | 24.6.113.173 | Comcast Cable |
| 1414 | 76.97.73.106 | Comcast Cable |
| 1415 | 98.192.63.215 | Comcast Cable |
| 1416 | 68.50.187.233 | Comcast Cable |
| 1417 | 76.16.114.57 | Comcast Cable |
| 1418 | 76.115.170.202 | Comcast Cable |
| 1419 | 76.105.124.171 | Comcast Cable |
| 1420 | 71.236.155.193 | Comcast Cable |
| 1421 | 76.126.175.1 | Comcast Cable |
| 1422 | 76.121.238.204 | Comcast Cable |
| 1423 | 24.18.162.32 | Comcast Cable |
| 1424 | 76.18.83.157 | Comcast Cable |
| 1425 | 98.230.18.77 | Comcast Cable |
| 1426 | 67.167.61.188 | Comcast Cable |
| 1427 | 75.65.19.99 | Comcast Cable |
| 1428 | 75.74.68.166 | Comcast Cable |
| 1429 | 68.80.115.114 | Comcast Cable |
| 1430 | 24.11.34.125 | Comcast Cable |
| 1431 | 24.23.243.123 | Comcast Cable |
| 1432 | 24.5.2.172 | Comcast Cable |
| 1433 | 71.59.149.122 | Comcast Cable |
| 1434 | 67.176.208.87 | Comcast Cable |
| 1435 | 98.214.224.95 | Comcast Cable |
| 1436 | 98.225.35.163 | Comcast Cable |
| 1437 | 76.110.90.36 | Comcast Cable |
| 1438 | 76.103.131.140 | Comcast Cable |
| 1439 | 98.244.183.2 | Comcast Cable |
| 1440 | 24.147.42.178 | Comcast Cable |
| 1441 | 67.173.169.96 | Comcast Cable |
| 1442 | 98.224.62.53 | Comcast Cable |
| 1443 | 67.185.71.100 | Comcast Cable |
| 1444 | 68.32.71.235 | Comcast Cable |

**APPENDIX**
**JOHN DOE DEFENDANTS DISMISSED WITHOUT PREJUDICE**

| John Doe No. | IP Address | Internet Service Provider |
| --- | --- | --- |
| 1445 | 71.229.54.150 | Comcast Cable |
| 1446 | 66.176.227.111 | Comcast Cable |
| 1447 | 98.195.159.140 | Comcast Cable |
| 1448 | 76.118.197.143 | Comcast Cable |
| 1449 | 71.207.243.91 | Comcast Cable |
| 1450 | 76.18.171.5 | Comcast Cable |
| 1451 | 76.103.141.94 | Comcast Cable |
| 1452 | 76.99.153.91 | Comcast Cable |
| 1453 | 98.246.72.47 | Comcast Cable |
| 1454 | 71.232.196.36 | Comcast Cable |
| 1455 | 24.23.176.59 | Comcast Cable |
| 1456 | 69.243.189.100 | Comcast Cable |
| 1457 | 71.193.35.93 | Comcast Cable |
| 1458 | 68.36.30.123 | Comcast Cable |
| 1459 | 24.91.249.129 | Comcast Cable |
| 1460 | 71.59.90.215 | Comcast Cable |
| 1461 | 69.141.179.21 | Comcast Cable |
| 1462 | 67.163.137.139 | Comcast Cable |
| 1463 | 24.12.211.45 | Comcast Cable |
| 1464 | 67.164.229.141 | Comcast Cable |
| 1465 | 68.43.230.113 | Comcast Cable |
| 1466 | 68.44.67.184 | Comcast Cable |
| 1467 | 98.231.127.84 | Comcast Cable |
| 1468 | 68.43.29.79 | Comcast Cable |
| 1469 | 24.126.196.59 | Comcast Cable |
| 1470 | 67.175.200.99 | Comcast Cable |
| 1471 | 71.238.140.154 | Comcast Cable |
| 1472 | 67.169.229.41 | Comcast Cable |
| 1473 | 98.192.133.167 | Comcast Cable |
| 1475 | 67.174.60.233 | Comcast Cable |
| 1476 | 98.247.60.18 | Comcast Cable |
| 1477 | 174.51.36.238 | Comcast Cable |
| 1478 | 98.233.251.177 | Comcast Cable |
| 1479 | 98.237.250.29 | Comcast Cable |
| 1480 | 68.52.19.100 | Comcast Cable |
| 1481 | 76.21.106.224 | Comcast Cable |
| 1482 | 71.198.226.195 | Comcast Cable |
| 1483 | 68.82.228.82 | Comcast Cable |
| 1484 | 71.192.247.229 | Comcast Cable |
| 1485 | 98.247.3.141 | Comcast Cable |
| 1486 | 98.219.221.52 | Comcast Cable |
| 1487 | 98.193.138.229 | Comcast Cable |
| 1488 | 67.160.27.167 | Comcast Cable |

**APPENDIX**
**JOHN DOE DEFENDANTS DISMISSED WITHOUT PREJUDICE**

| John Doe No. | IP Address | Internet Service Provider |
|---|---|---|
| 1489 | 71.198.112.238 | Comcast Cable |
| 1490 | 98.236.108.66 | Comcast Cable |
| 1491 | 24.20.195.191 | Comcast Cable |
| 1492 | 71.59.126.103 | Comcast Cable |
| 1493 | 76.28.18.194 | Comcast Cable |
| 1494 | 69.247.1.4 | Comcast Cable |
| 1495 | 76.97.21.112 | Comcast Cable |
| 1496 | 98.229.177.234 | Comcast Cable |
| 1497 | 76.18.164.180 | Comcast Cable |
| 1499 | 24.2.73.167 | Comcast Cable |
| 1500 | 76.111.153.177 | Comcast Cable |
| 1501 | 67.188.126.162 | Comcast Cable |
| 1502 | 71.198.81.240 | Comcast Cable |
| 1503 | 69.137.80.106 | Comcast Cable |
| 1504 | 24.30.110.227 | Comcast Cable |
| 1505 | 76.118.167.154 | Comcast Cable |
| 1506 | 75.75.48.175 | Comcast Cable |
| 1507 | 69.254.38.98 | Comcast Cable |
| 1508 | 75.69.162.75 | Comcast Cable |
| 1509 | 71.59.151.46 | Comcast Cable |
| 1510 | 67.183.198.207 | Comcast Cable |
| 1511 | 67.176.152.65 | Comcast Cable |
| 1512 | 24.22.75.230 | Comcast Cable |
| 1513 | 76.116.245.192 | Comcast Cable |
| 1514 | 76.23.227.61 | Comcast Cable |
| 1515 | 71.193.240.157 | Comcast Cable |
| 1516 | 98.194.107.241 | Comcast Cable |
| 1517 | 69.251.15.17 | Comcast Cable |
| 1518 | 76.116.114.38 | Comcast Cable |
| 1519 | 98.193.137.27 | Comcast Cable |
| 1520 | 24.127.60.10 | Comcast Cable |
| 1521 | 76.28.187.33 | Comcast Cable |
| 1522 | 98.224.177.127 | Comcast Cable |
| 1523 | 71.232.100.90 | Comcast Cable |
| 1524 | 75.64.69.15 | Comcast Cable |
| 1525 | 66.177.17.28 | Comcast Cable |
| 1526 | 67.172.234.148 | Comcast Cable |
| 1527 | 24.17.164.189 | Comcast Cable |
| 1528 | 76.104.143.189 | Comcast Cable |
| 1529 | 68.34.42.2 | Comcast Cable |
| 1530 | 76.124.86.116 | Comcast Cable |
| 1531 | 98.209.7.164 | Comcast Cable |
| 1532 | 24.9.253.12 | Comcast Cable |

**APPENDIX**

**JOHN DOE DEFENDANTS DISMISSED WITHOUT PREJUDICE**

| John Doe No. | IP Address | Internet Service Provider |
|---|---|---|
| 1533 | 69.250.86.108 | Comcast Cable |
| 3969 | 74.133.0.241 | Insight Communications Company |
| 3970 | 74.141.210.116 | Insight Communications Company |
| 3971 | 96.28.161.225 | Insight Communications Company |
| 3972 | 74.141.107.3 | Insight Communications Company |
| 3973 | 74.138.31.224 | Insight Communications Company |
| 3974 | 74.137.173.140 | Insight Communications Company |
| 3975 | 74.129.188.24 | Insight Communications Company |
| 3976 | 74.140.180.124 | Insight Communications Company |
| 3977 | 74.131.198.204 | Insight Communications Company |
| 3978 | 74.131.11.169 | Insight Communications Company |
| 3979 | 74.141.196.87 | Insight Communications Company |
| 3980 | 74.136.183.156 | Insight Communications Company |
| 3981 | 74.136.46.84 | Insight Communications Company |
| 3982 | 74.136.98.56 | Insight Communications Company |
| 3983 | 74.138.1.241 | Insight Communications Company |
| 3984 | 74.141.214.22 | Insight Communications Company |
| 3985 | 96.28.96.5 | Insight Communications Company |
| 3986 | 74.133.55.51 | Insight Communications Company |
| 3987 | 74.133.49.151 | Insight Communications Company |
| 3988 | 74.141.247.190 | Insight Communications Company |
| 3989 | 74.133.10.116 | Insight Communications Company |
| 3990 | 74.133.29.120 | Insight Communications Company |
| 3991 | 96.28.146.77 | Insight Communications Company |
| 3992 | 74.137.195.114 | Insight Communications Company |
| 3993 | 74.142.119.7 | Insight Communications Company |
| 3994 | 74.128.181.62 | Insight Communications Company |
| 3995 | 74.140.197.179 | Insight Communications Company |
| 3996 | 74.140.135.53 | Insight Communications Company |
| 3997 | 74.136.194.189 | Insight Communications Company |
| 3998 | 96.28.211.224 | Insight Communications Company |
| 3999 | 74.138.243.255 | Insight Communications Company |
| 4000 | 74.132.108.231 | Insight Communications Company |
| 4001 | 96.28.136.118 | Insight Communications Company |
| 4002 | 96.28.0.208 | Insight Communications Company |
| 4003 | 74.136.110.90 | Insight Communications Company |
| 4004 | 74.132.37.113 | Insight Communications Company |
| 4005 | 74.133.133.218 | Insight Communications Company |
| 4006 | 74.143.166.3 | Insight Communications Company |
| 4007 | 74.129.4.110 | Insight Communications Company |
| 4008 | 74.133.135.163 | Insight Communications Company |
| 4009 | 74.132.4.214 | Insight Communications Company |
| 4010 | 74.128.224.248 | Insight Communications Company |

## APPENDIX
## JOHN DOE DEFENDANTS DISMISSED WITHOUT PREJUDICE

| John Doe No. | IP Address | Internet Service Provider |
|---|---|---|
| 4011 | 74.129.132.88 | Insight Communications Company |
| 4012 | 74.137.48.159 | Insight Communications Company |
| 4013 | 74.129.163.50 | Insight Communications Company |
| 4014 | 74.130.118.82 | Insight Communications Company |
| 4015 | 74.137.57.67 | Insight Communications Company |
| 4016 | 74.140.48.176 | Insight Communications Company |
| 4017 | 74.141.110.119 | Insight Communications Company |
| 4018 | 74.129.164.186 | Insight Communications Company |
| 4019 | 96.28.28.152 | Insight Communications Company |
| 4020 | 74.132.1.7 | Insight Communications Company |
| 4021 | 74.138.48.157 | Insight Communications Company |
| 4022 | 74.140.195.210 | Insight Communications Company |
| 4023 | 74.140.131.189 | Insight Communications Company |
| 4024 | 74.130.249.236 | Insight Communications Company |
| 4025 | 74.132.236.232 | Insight Communications Company |
| 4026 | 74.131.237.183 | Insight Communications Company |
| 4027 | 74.138.156.48 | Insight Communications Company |
| 4028 | 74.128.232.105 | Insight Communications Company |
| 4029 | 74.136.195.12 | Insight Communications Company |
| 4030 | 74.136.183.201 | Insight Communications Company |
| 4031 | 74.141.243.199 | Insight Communications Company |
| 4032 | 74.130.186.151 | Insight Communications Company |
| 4033 | 74.137.55.249 | Insight Communications Company |
| 4034 | 74.129.76.251 | Insight Communications Company |
| 4035 | 74.143.213.179 | Insight Communications Company |
| 4036 | 74.131.245.158 | Insight Communications Company |
| 4037 | 74.143.120.190 | Insight Communications Company |
| 4038 | 74.136.240.203 | Insight Communications Company |
| 4039 | 96.28.66.219 | Insight Communications Company |
| 4040 | 74.136.180.248 | Insight Communications Company |