U.S. DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| **West Coast Productions, Inc.**   ) | |
| ) | |
| **Plaintiff,**   ) | |
| ) | |
| v.   ) | Case Number 1:11-cv-00057-CKK |
| ) | |
| **DOES 1 – 5829**   ) | |
| ) | |
| **Defendants.**   ) | |
| _____ ) | |

## NOTICE OF DIMISSAL OF DOE DEFENDANT 2524

Plaintiff hereby files this Notice of Voluntary Dismissal with prejudice of Doe Defendant 2524, as identified in Exhibit A to Plaintiff's Complaint, with an IP Address of 69.251.241.59.  This Notice of Voluntary Dismissal is specific to the referenced Doe Defendant and **does not apply** to any Defendant other than Doe 2524.

                                        Respectfully submitted,
                                        West Coast Productions, Inc.

**DATED**:  August 22, 2011

                              By:   /s/ _____
                                    Ellis L. Bennett, Bar #479059
                                    Dunlap Grubb & Weaver, PLLC
                                    199 Liberty Street, SW
                                    Leesburg, VA 20175
                                    ebennett@dglegal.com
                                    703-777-7319 (telephone)
                                    703-777-3656 (fax)

On Behalf of Kenneth J. Ford, *Not Admitted*
Adult Copyright Company
322 W. Washington Street, Suite 8
Charles Town, WV 25414
kford@adultcopyrightcompany.com
304-945-0288 (telephone)
304-945-0288 (select fax option)
*Attorney for the Plaintiff*