**U.S. DISTRICT COURT FOR THE**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| **West Coast Productions, Inc.** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | Case Number 1:11-cv-00057-CKK |
| ) | |
| **DOES 1 – 5829** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

**NOTICE OF DIMISSAL OF DOE DEFENDANT 2223**

Plaintiff hereby files this Notice of Voluntary Dismissal with prejudice of Doe Defendant 2223, as identified in Exhibit A to Plaintiff's Complaint, with an IP Address of 67.162.74.112. This Notice of Voluntary Dismissal is specific to the referenced Doe Defendant and **does not apply** to any Defendant other than Doe 2223 having an IP Address of 67.162.74.112.

                                              Respectfully submitted,
                                              West Coast Productions, Inc.

**DATED**: September 1, 2011

                                    By:   /s/
                                               Ellis L. Bennett, Bar #479059
                                               Dunlap Grubb & Weaver, PLLC
                                               199 Liberty Street, SW
                                               Leesburg, VA 20175
                                               ebennett@dglegal.com
                                               703-777-7319 (telephone)
                                               703-777-3656 (fax)

        On Behalf of Kenneth J. Ford, *Not Admitted*
        Adult Copyright Company
        322 W. Washington Street, Suite 8
        Charles Town, WV 25414
        kford@adultcopyrightcompany.com
        304-945-0288 (telephone)
        304-945-0288 (select fax option)
        *Attorney for the Plaintiff*