# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

WEST COAST PRODUCTIONS, INC.

v.

DOES 1 – 5,829

_____

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Plaintiff hereby files this notice of dismissal dismissing, *without prejudice*, all Doe Defendants not heretofore dismissed in this matter.

Dated: September 8, 2011

        Respectfully submitted,

        West Coast Productions, Inc.

        By Counsel

        /s/_____

        Ellis L. Bennett

        DC Bar No. 479059

        *Counsel for Plaintiff*

        Dunlap Grubb & Weaver, PLLC

        199 Liberty St., SW

Leesburg, VA 20190

*On Behalf of*

Kenneth J. Ford

Adult Copyright Company

322 W. Washington St.

Charles Town, WV 25414

*Not Admitted*