U.S. DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| **West Coast Productions, Inc.** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case Number 1:11-cv-00057-CKK |
| ) | |
| **DOES 1 – 5829** ) | |
| ) | |
| **Defendants.** ) | |
| _____) | |

## NOTICE OF DIMISSAL OF DOE DEFENDANT 3813

Plaintiff hereby files this Notice of Voluntary Dismissal *with prejudice* of Doe Defendant 3813, as identified in Exhibit A to Plaintiff's Complaint, with an IP Address of 24.250.130.195. This Notice of Voluntary Dismissal is specific to the referenced Doe Defendant and **does not apply** to any Defendant other than Doe 3813.

                          Respectfully submitted,
                          West Coast Productions, Inc.

**DATED**: September 9, 2011

                     By:   /s/_____
                          Ellis L. Bennett, Bar #479059
                          Dunlap Grubb & Weaver, PLLC
                          199 Liberty Street, SW
                          Leesburg, VA 20175
                          ebennett@dglegal.com
                          703-777-7319 (telephone)
                          703-777-3656 (fax)

On Behalf of Kenneth J. Ford, *Not Admitted*
Adult Copyright Company
322 W. Washington Street, Suite 8
Charles Town, WV 25414
kford@adultcopyrightcompany.com
304-945-0288 (telephone)
304-945-0288 (select fax option)
*Attorney for the Plaintiff*